# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### AT PEORIA
### VIDEO WRIT

| CASE NAME: Christopher Knox v. Walker, et al. | CASE NO. 07-1032 | Beginning Date of Hearing: Friday, 3/23/07 at 1:30 p.m. | Type of Hearing: Merit Review Length of Hearing: One hour |
|---|---|---|---|

**TO: THE WARDEN OF Tamms Correctional Center**

WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

### PERSONS TO APPEAR BY VIDEO
### ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| Christopher Knox | B61090 | Tamms Correctional Center | 3/23/07 | 1:30 p.m. |
| Judge Harold A. Baker | N/A | Urbana Federal Courthouse | 3/23/07 | 1:30 p.m. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Dated: February 12, 2007

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY: __s/M. Leininger_____
    DEPUTY CLERK

Format and wording approved by IDOC Legal Counsel 2/11/98