**Tamms Correctional Center**

**Trust Fund**

Inmate Transaction Statement

FILED-FILED

Tuesday, 20 February, 2007 03:25:00 PM

Clerk, FEB. District Court, ILCD

JOHN M. Waters account Restrictions ? :
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

REPORT CRITERIA - Date: 08/12/2006 thru 02/21/2007;　Inmate: B61090;　Active Status Only ? :
Yes;　Transaction Type: All Transaction Types;　Print Furloughs / Restitutions ? : Yes;　Include Inmate Totals ? :　Print
Balance Errors Only ? : No

07-1032

**Inmate: B61090 Knox, Christopher**　　　　　　　**Housing Unit: TAM-B -04-09**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | **Beginning Balance:** | **0.01** |
| 09/11/06 | Disbursements | 81 Legal Postage | 254327 | Chk #34950 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 09/08/2006 | -.01 | .00 |
| 12/21/06 | Mail Room | 01 MO/Checks (Not Held) | 355254 | AG1620256 | Daniel W Hynes Treasurer, State Of Il | 300.00 | 300.00 |
| 01/17/07 | Disbursements | 84 Library | 017327 | Chk #35973 | Dept Of Corrections - Library , Inv. Date: 12/08/2006 | -2.25 | 297.75 |
| 01/17/07 | Disbursements | 84 Library | 017327 | Chk #35973 | Dept Of Corrections - Library , Inv. Date: 07/11/2006 | -11.85 | 285.90 |
| 01/17/07 | Disbursements | 84 Library | 017327 | Chk #35973 | Dept Of Corrections - Library , Inv. Date: 01/11/2007 | -.45 | 285.45 |
| 01/17/07 | Disbursements | 84 Library | 017327 | Chk #35973 | Dept Of Corrections - Library , Inv. Date: 11/16/2006 | -.60 | 284.85 |
| 01/17/07 | Disbursements | 81 Legal Postage | 017327 | Chk #35980 | DOC: 523 Fund Reimbursements, Inv. Date: 10/05/2006 | -1.17 | 283.68 |
| 01/17/07 | Disbursements | 81 Legal Postage | 017327 | Chk #35980 | DOC: 523 Fund Reimbursements, Inv. Date: 07/10/2006 | -.39 | 283.29 |
| 01/17/07 | Disbursements | 80 Postage | 017327 | Chk #35980 | DOC: 523 Fund Reimbursements, Inv. Date: 01/11/2007 | -.39 | 282.90 |
| 01/17/07 | Disbursements | 81 Legal Postage | 017327 | Chk #35980 | DOC: 523 Fund Reimbursements, Inv. Date: 01/16/2007 | -1.35 | 281.55 |
| 01/17/07 | Disbursements | 81 Legal Postage | 017327 | Chk #35980 | DOC: 523 Fund Reimbursements, Inv. Date: 10/30/2006 | -1.29 | 280.26 |
| 01/17/07 | Disbursements | 81 Legal Postage | 017327 | Chk #35980 | DOC: 523 Fund Reimbursements, Inv. Date: 09/25/2006 | -3.36 | 276.90 |
| 01/17/07 | Disbursements | 81 Legal Postage | 017327 | Chk #35980 | DOC: 523 Fund Reimbursements, Inv. Date: 07/07/2006 | -.39 | 276.51 |
| 01/17/07 | Disbursements | 81 Legal Postage | 017327 | Chk #35980 | DOC: 523 Fund Reimbursements, Inv. Date: 12/15/2006 | -.78 | 275.73 |
| 01/17/07 | Disbursements | 81 Legal Postage | 017327 | Chk #35980 | DOC: 523 Fund Reimbursements, Inv. Date: 10/03/2006 | -1.17 | 274.56 |
| 01/17/07 | Disbursements | 81 Legal Postage | 017327 | Chk #35980 | DOC: 523 Fund Reimbursements, Inv. Date: 08/28/2006 | -.39 | 274.17 |
| 01/17/07 | Disbursements | 81 Legal Postage | 017327 | Chk #35980 | DOC: 523 Fund Reimbursements, Inv. Date: 01/09/2007 | -1.35 | 272.82 |
| 01/17/07 | Disbursements | 81 Legal Postage | 017327 | Chk #35980 | DOC: 523 Fund Reimbursements, Inv. Date: 09/05/2006 | -.39 | 272.43 |
| 01/17/07 | Disbursements | 81 Legal Postage | 017327 | Chk #35980 | DOC: 523 Fund Reimbursements, Inv. Date: 09/25/2006 | -1.35 | 271.08 |
| 01/17/07 | Disbursements | 81 Legal Postage | 017327 | Chk #35980 | DOC: 523 Fund Reimbursements, Inv. Date: 10/16/2006 | -.39 | 270.69 |
| 01/17/07 | Disbursements | 81 Legal Postage | 017327 | Chk #35980 | DOC: 523 Fund Reimbursements, Inv. Date: 09/06/2006 | -1.61 | 269.08 |
| 01/17/07 | Disbursements | 81 Legal Postage | 017327 | Chk #35980 | DOC: 523 Fund Reimbursements, Inv. Date: 12/07/2006 | -.78 | 268.30 |
| 01/17/07 | Disbursements | 81 Legal Postage | 017327 | Chk #35980 | DOC: 523 Fund Reimbursements, Inv. Date: 01/05/2007 | -2.22 | 266.08 |
| 01/17/07 | Disbursements | 81 Legal Postage | 017327 | Chk #35980 | DOC: 523 Fund Reimbursements, Inv. Date: 08/21/2006 | -.39 | 265.69 |
| 01/17/07 | Disbursements | 81 Legal Postage | 017327 | Chk #35980 | DOC: 523 Fund Reimbursements, Inv. Date: 09/22/2006 | -1.11 | 264.58 |
| 01/17/07 | Disbursements | 81 Legal Postage | 017327 | Chk #35980 | DOC: 523 Fund Reimbursements, Inv. Date: 07/05/2006 | -.78 | 263.80 |
| 01/17/07 | Disbursements | 81 Legal Postage | 017327 | Chk #35980 | DOC: 523 Fund Reimbursements, Inv. Date: 09/21/2006 | -1.87 | 261.93 |
| 01/17/07 | Disbursements | 81 Legal Postage | 017327 | Chk #35980 | DOC: 523 Fund Reimbursements, Inv. Date: 10/10/2006 | -.39 | 261.54 |

REPORT CRITERIA - Date: 08/12/2006 thru 02/21/2007;    Inmate: B61090;    Active Status Only ? : No;    Print Restrictions ? :
Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print
Balance Errors Only ? : No

**Inmate: B61090 Knox, Christopher**                    **Housing Unit: TAM-B -04-09**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| 01/17/07 | Disbursements | 81 Legal Postage | 017327 | Chk #35980 | DOC: 523 Fund Reimbursements, Inv. Date: 07/05/2006 | -.39 | 261.15 |
| 01/17/07 | Disbursements | 81 Legal Postage | 017327 | Chk #35980 | DOC: 523 Fund Reimbursements, Inv. Date: 09/18/2006 | -.06 | 261.09 |
| 01/17/07 | Disbursements | 81 Legal Postage | 017327 | Chk #35980 | DOC: 523 Fund Reimbursements, Inv. Date: 08/15/2006 | -2.28 | 258.81 |
| 01/17/07 | Disbursements | 81 Legal Postage | 017327 | Chk #35980 | DOC: 523 Fund Reimbursements, Inv. Date: 10/19/2006 | -.63 | 258.18 |
| 01/17/07 | Disbursements | 90 Medical Co-Pay | 017327 | Chk #35980 | DOC: 523 Fund Reimbursements, Inv. Date: 07/19/2006 | -2.00 | 256.18 |
| 01/17/07 | Disbursements | 81 Legal Postage | 017327 | Chk #35980 | DOC: 523 Fund Reimbursements, Inv. Date: 10/24/2006 | -1.26 | 254.92 |
| 01/17/07 | Disbursements | 81 Legal Postage | 017327 | Chk #35980 | DOC: 523 Fund Reimbursements, Inv. Date: 10/04/2006 | -.78 | 254.14 |
| 01/17/07 | Disbursements | 90 Medical Co-Pay | 017327 | Chk #35980 | DOC: 523 Fund Reimbursements, Inv. Date: 09/19/2006 | -2.00 | 252.14 |
| 01/17/07 | Disbursements | 81 Legal Postage | 017327 | Chk #35980 | DOC: 523 Fund Reimbursements, Inv. Date: 10/11/2006 | -1.26 | 250.88 |
| 01/17/07 | Disbursements | 81 Legal Postage | 017327 | Chk #35980 | DOC: 523 Fund Reimbursements, Inv. Date: 12/14/2006 | -.63 | 250.25 |
| 01/17/07 | Disbursements | 81 Legal Postage | 017327 | Chk #35980 | DOC: 523 Fund Reimbursements, Inv. Date: 10/16/2006 | -.39 | 249.86 |
| 01/17/07 | Disbursements | 81 Legal Postage | 017327 | Chk #35980 | DOC: 523 Fund Reimbursements, Inv. Date: 10/13/2006 | -4.59 | 245.27 |
| 01/17/07 | Disbursements | 81 Legal Postage | 017327 | Chk #35980 | DOC: 523 Fund Reimbursements, Inv. Date: 10/17/2006 | -.78 | 244.49 |
| 01/17/07 | Disbursements | 81 Legal Postage | 017327 | Chk #35980 | DOC: 523 Fund Reimbursements, Inv. Date: 01/12/2007 | -.78 | 243.71 |
| 01/17/07 | Disbursements | 90 Medical Co-Pay | 017327 | Chk #35980 | DOC: 523 Fund Reimbursements, Inv. Date: 10/13/2006 | -2.00 | 241.71 |
| 01/17/07 | Disbursements | 81 Legal Postage | 017327 | Chk #35980 | DOC: 523 Fund Reimbursements, Inv. Date: 10/26/2006 | -.63 | 241.08 |
| 01/17/07 | Disbursements | 81 Legal Postage | 017327 | Chk #35980 | DOC: 523 Fund Reimbursements, Inv. Date: 11/27/2006 | -.39 | 240.69 |
| 01/17/07 | Disbursements | 81 Legal Postage | 017327 | Chk #35980 | DOC: 523 Fund Reimbursements, Inv. Date: 10/31/2006 | -.39 | 240.30 |
| 01/17/07 | Disbursements | 81 Legal Postage | 017327 | Chk #35980 | DOC: 523 Fund Reimbursements, Inv. Date: 01/11/2007 | -.39 | 239.91 |
| 01/17/07 | Disbursements | 90 Medical Co-Pay | 017327 | Chk #35980 | DOC: 523 Fund Reimbursements, Inv. Date: 10/30/2006 | -2.00 | 237.91 |
| 01/17/07 | Disbursements | 81 Legal Postage | 017327 | Chk #35980 | DOC: 523 Fund Reimbursements, Inv. Date: 12/06/2006 | -.39 | 237.52 |
| 01/17/07 | Disbursements | 90 Medical Co-Pay | 017327 | Chk #35980 | DOC: 523 Fund Reimbursements, Inv. Date: 11/02/2006 | -2.00 | 235.52 |
| 01/17/07 | Disbursements | 81 Legal Postage | 017327 | Chk #35980 | DOC: 523 Fund Reimbursements, Inv. Date: 12/21/2006 | -.39 | 235.13 |
| 01/17/07 | Disbursements | 81 Legal Postage | 017327 | Chk #35980 | DOC: 523 Fund Reimbursements, Inv. Date: 11/27/2006 | -.87 | 234.26 |
| 01/17/07 | Disbursements | 81 Legal Postage | 017327 | Chk #35980 | DOC: 523 Fund Reimbursements, Inv. Date: 11/27/2006 | -.63 | 233.63 |
| 01/17/07 | Disbursements | 81 Legal Postage | 017327 | Chk #35980 | DOC: 523 Fund Reimbursements, Inv. Date: 12/22/2006 | -.39 | 233.24 |
| 01/17/07 | Disbursements | 81 Legal Postage | 017327 | Chk #35980 | DOC: 523 Fund Reimbursements, Inv. Date: 11/06/2006 | -1.26 | 231.98 |
| 01/17/07 | Disbursements | 81 Legal Postage | 017327 | Chk #35980 | DOC: 523 Fund Reimbursements, Inv. Date: 01/08/2007 | -2.31 | 229.67 |

Date:  2/14/2007

Time:  12:56pm

d_list_inmate_trans_statement_composite

**Tamms Correctional Center**
**Trust Fund**

Inmate Transaction Statement

REPORT CRITERIA  -  Date: 08/12/2006 thru 02/21/2007;      Inmate: B61090;      Active Status Only ? : No;      Print Restrictions ? :
Yes;      Transaction Type: All Transaction Types;      Print Furloughs / Restitutions ? : Yes;      Include Inmate Totals ? : Yes;      Print
Balance Errors Only ? : No

**Inmate: B61090 Knox, Christopher**                          **Housing Unit: TAM-B -04-09**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| 01/17/07 | Disbursements | 81 Legal Postage | 017327 | Chk #35980 | DOC: 523 Fund Reimbursements, Inv. Date: 12/21/2006 | -.39 | 229.28 |
| 01/17/07 | Disbursements | 80 Postage | 017327 | Chk #35980 | DOC: 523 Fund Reimbursements, Inv. Date: 01/05/2007 | -.39 | 228.89 |
| 01/17/07 | Disbursements | 81 Legal Postage | 017327 | Chk #35980 | DOC: 523 Fund Reimbursements, Inv. Date: 11/13/2006 | -1.26 | 227.63 |
| 01/17/07 | Disbursements | 80 Postage | 017327 | Chk #35980 | DOC: 523 Fund Reimbursements, Inv. Date: 12/26/2006 | -.39 | 227.24 |
| 01/17/07 | Disbursements | 80 Postage | 017327 | Chk #35980 | DOC: 523 Fund Reimbursements, Inv. Date: 01/05/2007 | -2.43 | 224.81 |
| 01/17/07 | Disbursements | 81 Legal Postage | 017327 | Chk #35980 | DOC: 523 Fund Reimbursements, Inv. Date: 11/27/2006 | -.39 | 224.42 |

|  |  |
|---|---|
| **Total Inmate Funds:** | 224.42 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | 15.04 |
| **Funds Available:** | 209.38 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|--------------|----------------|------|-------------|--------|--------|
| 01/18/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.39 |
| 01/18/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.17 |
| 01/19/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.63 |
| 01/19/2007 | | Disb | Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.17 |
| 01/22/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.11 |
| 01/29/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.83 |
| 01/29/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.02 |
| 01/30/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.78 |
| 02/07/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.74 |
| 02/07/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.87 |
| 02/07/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.11 |
| 02/08/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.39 |
| 02/08/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.83 |
| 02/09/2007 | | Disb | Library | 2 DOC: 523 Fund Library | $1.00 |
| | | | | **Total Restrictions:** | **$15.04** |