To: Clerk of the Court
100 N.E. Monroe St.
Peoria, Illinois 61602

From: Christopher Knox B61090
200 E. Supermax. Rd
Tamms, Illinois 62988

Sub: Christopher Knox -vs- Roger E. Walker; et al
07-CV-1032

3-29-07

**FILED**
MAR 30 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

E-FILED
Friday, 30 March, 2007 12:04:47 PM
Clerk, U.S. District Court, ILCD

Dear Clerk

I am writing you in regard to the above case, which is pending in this district court. I want to know would you send me an status update? And is my said complaint and informa pauperis motion? Complaint and motion to proceed informa pauperis still pending? And when is the next video conference scheduled for the above case? And why was the March 23 2007, merit review conference cancel? Your response will not be taken for granted...

Respectfully submitted
/s/ Christopher Knox B61090
200 E. Supermax. Rd
Tamms, Illinois 62988

Thank You