TO: Clerk of the Court
100 N.E. Monroe St.
Peoria, Illinois 61602

FR: Christopher Knox     B61090
200 E. Supermax. rd
Tamms, Illinois 62988

RE: Knox -vs- Walker, et al
07-cv-1032
Status Docket Sheet...

Dear Clerk,

I am writing to you in regards to the above case and number. The purpose behind this letter is because I need to know the status of this case, or information relating to whether if the defendants have been served yet? I provided U.S. Marshall form's for each named defendants, that clearly identified each defendant's and the place of business and addresse's. So would you please send me an status update docket sheet or any information as to whether the defendants has been served or not... I trust that you will handle this properly...

Respectfully submitted
/s/ Christopher Knox    B61090
200 E. Supermax. rd
Tamms, Illinois 62988