United States District Court
Central District of Illinois

Christopher Knox
   Plaintiff Pro Se
        -vs-
Roger Walker, et al.
   Defendants

Case # No # 07-cv-1032

FILED
JUL - 2 2007
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## Motion For Default Judgment

Now come Plaintiff, Christopher Knox, Pro Se, respectfully submit's this motion; for a default judgment against all defendants pursuant to Fed. R. Civ. P. and state as follows...

1). I am the plaintiff, in the above entitled matter...

2). The defendants, has been served with a copy of the summons and complaint, as appeared from proof of the services on file...

3). The defendants, has not filed or served an answer or otherwise pleaded to the complaint or took any other action as may be permitted by law. Although more than sixty (60) days have passed since the date of services...

4). Based on that fact, the plaintiff, is convinced that non of the defendants, are not in the military of services of the United States...

Wherefore, for the above and foregoing reasons set forth pray that this honorable court enter a order, declaring a judgment in favor of the plaintiff, and against the defendants in the amount determined by this court..

Respectfully submitted
/s/ Christopher Knox   B61090
200 E. Supermax. rd
Tamms, Illinois 62988

State of Illinois
Alexander County, Illinois

## AFFIDAVIT IN SUPPORT OF MOTION FOR A DEFAULT JUDGMENT

I; Christopher Knox, Pro Se, being duly sworn, deposes and says...

1). I am the Plaintiff, in the above entitled matter..

2). The Defendants, has been served with a copy of the summons and complaint, as appears from proof of services on file...

3). The Defendants, has not file or served an answer or otherwise pleaded to the complaint or took any other action as may be permitted by law. Although more then Sixty (60) days have passed since the date's of services...

4). Based on that fact, the Plaintiff, is convinced that non of the Defendants, are not in the military services of the United States...

Respectfully submitted
/s/ Christopher Knox  B61090
200 E. Supermax, rd
Tamms, Illinois 62988

IN THE
_CENTRAL DISTRICT OF_
_ILLINOIS_

_CHRISTOPHER KNOX PRO SE,_
Plaintiff,

Case No. _07-CV-1032_

v.

_ROGER WALKER, ET AL_
Defendant

## PROOF/CERTIFICATE OF SERVICE

TO: _CLERK OF THE COURT_
_100 N.E. MONROE ST._
_PEORIA, ILLINOIS_
_61602_

TO: _ATTORNEY GENERAL_
_LISA MADIGAN_
_500 SOUTH SECOND ST._
_SPRINGFIELD, IL 62706_

PLEASE TAKE NOTICE that on _JUNE 26_, 20_07_, I have placed the documents listed below in the institutional mail at _TAMMS_ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service:
_MOTION FOR DEFAULT JUDGMENT_

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: _6-26-07_

/s/ _Christopher Knox_
NAME: _CHRISTOPHER KNOX_
IDOC#: _B61090_
_TAMMS_ Correctional Center
P.O. BOX _2000_
_TAMMS_, IL _62988_

Revised Jan 2002

State of Illinois
Alexander County, Illinois

## AFFIDAVIT AS TO MILITARY SERVICE

I, Christopher Knox, Pro Se. Being duly sworn, deposes, and says...

1). I am the Plaintiff, in the above entitled matter. I make this Affidavet pursuant to the requirments of the Soldiers and Sailor's, Civil Relief Act, under § 50 U.S.C.

2). The Defendants, has worked for the Illinois Department of Corrections since the filing of this complaint...

3). Based on that fact, the Plaintiff, is convinced that non of the Defendants, are in the miletary service of the United States...

Respectfully submitted
/s/ Christopher Knox  B61090
200 E. Supermax. rd
Tamms, Illinois 62988