**E-FILED**
Friday, 20 July, 2007 11:19:53 AM
Clerk, U.S. District Court, ILCD

**FILED**
JUL 19 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO: CLERK OF THE COURT
     100 N. E. MONROE ST.
     PEORIA, IL   61602

FR: CHRISTOPHER KNOX    B61090
    200 E. SUPERMAX. rd
    TAMMS. ILLINOIS  62988

RE: STATUS ON CASE TITTLED
    CHRISTOPHER KNOX VS ROGER WALKER;
    07-CV-1032

CLERK.

THIS IS MY THIRD LETTER TO YOUR OFFICE REQUESTING
AN STATUS UPDATE ON THE ABOVE ENTITLED CAUSE OF ACTION.
AND I FILE A MOTION FOR DEFAULT JUDGMENT. WITH
THIS COURT. AND I WANT TO KNOW THE STATUS ON THAT
"MOTION". IF YOU DO NOT COMPLY WITH THIS REQUEST
I WILL ASSUM THAT YOU ARE PREVENTING ME ACCESS TO
THE COURTS AND I WILL FILE CIVIL SUIT AND AN
CRIMINAL COMPLAINT AGAINST YOU FOR OFFICIAL MISCONDUCT
I TRUST THAT YOU WILL HANDLE THIS MATTER PROPERLY ..

                    RESPECTFULLY SUBMITTED
        /s/  Christopher Knox     B61090
              200 E. SUPERMAX. rd
        TAMMS. ILLINOIS 62988

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DIST. OF ILLINOIS

CHRISTOPHER KNOX                    )
Plaintiff,                          )
                                    )
                                    )  Case No.  07-CV-1032
    V.                              )
                                    )
ROGER E. WALKER, ET AL             )
                                    )
Defendant 'S

### PROOF/CERTIFICATE OF SERVICE

TO: CLERK OF THE COURT          TO: CHRISTOPHER KNOX B61090
    100 N.E. MONROE ST.             200 E. SUPERMAX, Rd
    PEORIA, ILLINOIS                TAMMS, ILLINOIS
         61602                          62988

PLEASE TAKE NOTICE that on ___JULY 12___ , 20_07_, I have placed the
documents listed below in the institutional mail at ___TAMMS___ Correctional Center,
properly addressed to the parties listed above for mailing through the United States Postal
Service: 1- ORIGINAL REQUEST LETTER.
REQUESTING STATUS UPDATE ON CIVIL CASE # 07-CV-1032
PENDING IN THE CENTRAL DISTRICT OF ILLINOIS, COURT

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury,
that I am a named party in the above action, that I have read the above documents, and that the
information contained therein is true and correct to the best of my knowledge.

DATE: 7-12-07                    /s/ Christopher Knox
                                 NAME: CHRISTOPHER KNOX
                                 IDOC#: B-61090
                                 TAMMS    Correctional Center
                                 P.O. BOX 2000
                                 TAMMS         , IL  62988

Revised Jan 2002