**E-FILED**
Monday, 23 July, 2007  10:18:28 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**AT PEORIA, ILLINOIS**

| | |
|---|---|
| Christopher Knox, B-61090 | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) Case No. 07-1032 |
| | ) |
| Roger Walker et al | ) |
| Defendant | ) |

**SCHEDULING ORDER**

Pursuant to 28 U.S.C. § 1915A, Plaintiff's cognizable claims have been identified in a prior court order.  Plaintiff has been granted leave to proceed *in forma pauperis*, and automatic monthly deductions will be made from the prisoner's trust fund account until the filing fee of $350.00 is paid in full.  These payments must be collected even if Plaintiff decides not to proceed with the case or the case is otherwise dismissed.  *See* 28 U.S.C. § 1915(b)(1).

**IT IS THEREFORE ORDERED** that the Clerk shall prepare for each Defendant: 1) a Notice of Lawsuit and Request for Waiver of Service of Summons; and 2) a Waiver of Service of Summons.  The Clerk is directed to mail said forms, a copy of the Complaint, and this Scheduling Order to each Defendant's work address or employer address as provided by Plaintiff.  If a Defendant fails to sign and return the Waiver to the Clerk within 30 days from the date said forms were sent, the Court will take appropriate steps to effect formal service on that Defendant and will require that Defendant to pay the full costs of formal service, to the extent authorized by the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that, with respect to a Defendant who no longer can be found at the address provided by Plaintiff, the Correctional Center shall furnish the Clerk with the Defendant's current work address, or, if not known, the Defendant's last-known address.  This information shall be used only for sending the forms as directed above, or for formally effecting service. Any documentation of the address shall be retained only by the Clerk.  Address information shall not be maintained in the court file, nor disclosed by the Clerk.

**IT IS FURTHER ORDERED** that Plaintiff shall serve upon Defendants (or upon defense counsel once an appearance is entered), a copy of every further pleading or other document submitted for consideration by the court.  Plaintiff shall include with the original paper to be filed with the Clerk of the Court a certificate stating the date on which a true and correct copy of any document was mailed to Defendants or their counsel.  Any paper received by a district judge or magistrate judge that has not been filed with the Clerk or that fails to include a certificate of service will be stricken by the court.

**IT IS FURTHER ORDERED** that this cause is set for further scheduling procedures under Fed. R. Civ. P. 16 on **November 7, 2007 at 1:30 p.m.**, before the Harold A Baker, by

**video**.  The Clerk is directed to give Plaintiff's place of confinement notice of the date and time of the conference, and to issue the appropriate process to secure the Plaintiff's presence at the conference.

**IT IS FURTHER ORDERED** that counsel for Defendants is hereby granted leave to depose Plaintiff at his place of confinement.  Counsel for Defendants shall arrange the time for the deposition.

**IT IS FURTHER ORDERED** that Plaintiff immediately notify the court of any change in his mailing address and telephone number.  Failure to notify the court of any change in the mailing address will result in dismissal of this lawsuit, with prejudice.

**IT IS FURTHER ORDERED** that the Clerk is to notify the parties of their option to consent to disposition of this case before a United States Magistrate Judge by providing Plaintiff with a magistrate consent form and accompanying court explanation.  Upon receipt of a signed consent from Plaintiff, the Clerk is further directed to forward the consent to Defendants for consideration.

ENTERED:  July 23, 2007

s/ John A. Gorman

John A. Gorman
U.S. Magistrate Judge