E-FILED
Monday, 24 September, 2007  09:05:00 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CHRISTOPHER KNOX,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  vs.  )<br>  )<br>ROGER WALKER, RICK ORR, GUY PIERCE, )<br>TERRY MCCANN, JAY MERCHANT, et al., )<br>  )<br>  Defendants.  ) | Case No. 07-1032 |

## ANSWER

NOW COME the Defendants, ROGER E. WALKER, JR., JASON GARNETT, R. SHELTON FREY, TERRY MCCANN, JAY MERCHANT, RICK ORR and GUY PIERCE, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and pursuant to Federal Rule of Civil Procedure 8 and the Court's March 23, 2007 order [Document 5], hereby answer the Plaintiff's claims.

## COUNT ONE

Allegation: Plaintiff alleges he was transferred to Tamms Correctional center in retaliation for various grievances and lawsuits he has filed and for helping in the investigation of an excessive force claim against officers.

Response: Defendants deny this allegation.

Allegation: The Plaintiff claims the defendants have an unwritten policy and practice of transferring inmates who are active litigator to Tamms Correctional Center.

Response: Defendants deny this allegation.

Allegation: The Plaintiff alleges the Defendants' actions violate his First Amendment rights.

Response: Defendants deny this allegation.

## COUNT TWO

Allegation:   The Plaintiff claims the Defendants transferring him to Tamms Correctional Center without a meaningful hearing in violation of his Fourteenth Amendment due process rights.

Response:   Defendants deny this allegation.

Allegation:   Plaintiff alleges the living conditions at Tamms are designed to be extremely harsh and imposes an atypical and significant hardship on those living in the facility compared to the ordinary incidents of prison life.

Response:   Defendants deny this allegation.

Allegation:   Plaintiff alleges that each of the Defendants was personally involved in approving the transfer without a hearing and/or were personally involved in approving policies that allowed the transfer without a hearing.

Response:   Defendants deny this allegation.

## RELIEF REQUESTED

Defendants deny the Plaintiff is entitled to any relief whatsoever.

## AFFIRMATIVE DEFENSES

1. At all times relevant herein, Defendants acted in good faith in the performance of their official duties and without violating Plaintiff's clearly established statutory or constitutional rights of which a reasonable person would have known. Defendants are therefore protected from suit by the doctrine of qualified immunity.

2. Plaintiff has not suffered any physical injuries related to his claim and therefore is barred from recovering for mental or emotional damages.  42 U.S.C. 1997e(e).

3. To the extent Plaintiff's Complaint seeks money damages from the Defendants in their official capacity, the Eleventh Amendment to the United States Constitution acts as a bar.

4. To the extent Plaintiff has failed to exhaust his administrative remedies as is required prior to filing suit under 42 U.S.C. 1983 by the Prison Litigation Reform Act (42 U.S.C. 1997) and *Perez v. Wisconsin Dept. of Corrections*, 182 F.3d 532 (7th Cir. 1999) Plaintiff's claims are barred.

WHEREFORE, Defendants deny that Plaintiff is entitled to any relief based on the facts alleged in his Complaint and Defendants respectfully request that this Honorable Court grant judgment in favor of Defendants and against Plaintiff and for such other relief as this Court deems equitable and just.

Respectfully submitted,

ROGER E. WALKER, JR., JASON GARNETT, R. SHELTON FREY, TERRY MCCANN, JAY MERCHANT, RICK ORR, and GUY PIERCE,

Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for Defendants,

By:  s/ Matthew Lurkins
Matthew Lurkins, #6286756
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 782-9014
Facsimile:  (217) 524-5091
mlurkins@atg.state.il.us

## CERTIFICATE OF SERVICE

      I hereby certify that on September 24, 2007, I electronically filed the foregoing Answer with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    None

and I hereby certify that on September 24, 2007, I mailed by United States Postal Service, the document to the following non-registered participants:

    Christopher Knox, #B-61090
    Tamms Correctional Center
    P.O. Box 400
    Tamms, IL 62988

                            Respectfully submitted,

                            s/ Matthew Lurkins
                            Matthew Lurkins, #6286756
                            Assistant Attorney General
                            500 South Second Street
                            Springfield, IL  62706
                            Telephone:  (217) 782-9014
                            Facsimile:  (217) 524-5091
                            mlurkins@atg.state.il.us