UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Christopher Knox
Plaintiff Pro Se
-vs-
Roger E. Walker et al
Defendants

CASE # NO #: 07-1032

FILED
OCT - 5, 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Plaintiff Response to Defendants Answer and Affirmative Defense

Now come Plaintiff, Christopher Knox, Pro Se, and respectfully submit his Response to Defendants Answer and Affirmative Defense to Complaint. Pursuant to Fed. R. Civ. P. 8, and state as follows.

Allegations   Count One

1) • Plaintiff alleges he was transferred to Tamms Corr. Center, in retaliation for various grievances, lawsuits, he has filed and for helping in the investigation of an excessive force claim against officer's...

Response: Plaintiff, admit Defendants did do whats alleged in Count one....

Allegations

2) • The Plaintiff, alleges that Defendants have an unwritten policy and practice of transferring inmates who are active litigators to Tamms etc.

Response: Plaintiff, admit Defendants did do whats alleged in Count one....

ALLEGATIONS

3) • Plaintiff alleges that; defendants actions has violated his First Amendment rights...

Response: Plaintiff admit defendants did do whats alleged in count one...

## COUNT TWO

ALLEGATIONS

1) • Plaintiff alleges that; defendants had transferred him to Tamms CIC without a meaningful hearing in violation of his Fourteenth Amendment rights...

Response: Plaintiff admit defendants did do whats alleged in count two...

ALLEGATIONS

2) • Plaintiff alleges that; the living conditions at Tamms are designed to be extremely harsh and imposes an atypical and significant hardships on those living in the facility compared to the ordinary incidents of prison life...

Response: Plaintiff admit defendants did do whats alleged in count two...

ALLEGATIONS

3) • Plaintiff alleges that; each of the defendants was personally involved in approving the transfer without a hearing and/or were personally involved in approving policies that allows the transfer

2

RESPONSE. Plaintiff, admit defendants did do whats alleged in count two.....

## RELIEF REQUESTED

Plaintiff, deny the defendants is entitled to any relief whatsoever.....

## PLAINTIFF, AFFIRMATIVE DEFENSES

1) At all times relevant herein, defendants acted in bad faith in the performance of their individual and official duties with violating plaintiff's clearly established statutory and/or constitutional rights of which a reasonable person would have known. and defendants are not therefore protected from suit by the doctrine of qualified immunity.....

2) Plaintiff, has suffer both physical and mental injuries relating to his claims and therefore he's entitled to relief....

3) To the very extent possible plaintiff seeks money damages from all defendants in both their individual and official capacities, therefore the Eleventh Amendment does not protect them..

4) Plaintiff has exhausted all his available administrative remedy relating to the claims alleged and therefore PLRA does not apply to plaintiff.....

Wherefore, for the above reasons plaintiff submit his response to defendants answer and affirmative defense to complaint. and for this court to grant judgment in favor of plaintiff and against all defendants..

Respectfully submitted
Christopher Knox   B61090
200 E. Supermax Rd
Tamms, Illinois 62988

3

## CERTIFICATE OF SERVICES

I, Christopher Knox, hereby certifies that a true and correct copy of Plaintiff's Response to the Defendants answer and affirmative defenses to complaint. has been served upon.....

ASSISTANT ATTORNEY GENERAL
MATTHEW LURKINS
500 SOUTH SECOND STREET
SPRINGFIELD, ILLINOIS 62706

By causing thereof in a prepaid envelope duly addressed to the above party to the address above duly sworn upon oath deposes said DOC. in the United States Mail in Tamms, Illinois, on 1st day of October 2007.....

Respectfully submitted
Christopher Knox B61090
200 E. Supermax Rd
Tamms, Illinois 62988