# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# AT PEORIA

## Corrected VIDEO WRIT

| CASE NAME:<br><br>Christopher Knox v. Walker, et al. | CASE NO.<br>07-1032 | Beginning Date of Hearing:<br><br>11/7/07 at 1:30 p.m. | Type of Hearing: Rule 16<br><br>Length of Hearing: 1 hr |
|---|---|---|---|

**TO: THE WARDEN OF TAMMS CORRECTIONAL CENTER**

WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

### PERSONS TO APPEAR BY VIDEO
### ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| Christopher Knox | B61090 | Tamms Corr Ctr | 11/7/07 | 1:30 p.m. |
| Judge Harold A. Baker | n/a | Urbana Federal Court | 11/7/07 | 1:30 p.m. |
| Matthew Lurkins, Asst Atty Gen | n/a | Concordia | 11/7/07 | 1:30 p.m. |
|  |  |  |  |  |

Dated: 10/30/07

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY: ____/s/ K. Burns_____
     DEPUTY CLERK

CC: Plaintiff, Urbana Video Clerk, all counsel

Format and wording approved by IDOC Legal Counsel 2/11/98