E-FILED
Monday, 19 November, 2007 02:28:54 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Christopher Knox           CASE # NO # 07-CV-1032
Plaintiff Pro Se
        - vs -
Roger E. Walker   et al                 FILED
Defendants
                                       NOV 19 2007

                                   JOHN M. WATERS, Clerk
                                   U.S. DISTRICT COURT
                                   CENTRAL DISTRICT OF ILLINOIS

MOTION TO JOIN NEW DEFENDANTS

Now come Plaintiff, Christopher Knox, Pro Se, respectfully submit this motion to join new defendants, pursuant to Fed. R. Civ. P. and state as follows....

1). Plaintiff, is an inmate in TAMMS C/C. who brings this motion to join new defendants. Pursuant to Fed. R. Civ. P...

2). Plaintiff, has included (10) additional new defendants and counts. Against defendants for violation of Plaintiff constitutional rights...

3). Each new defendants named in Plaintiff amended complaint, is responsible for damages made against Plaintiff.

4). Plaintiff, request an order to join defendants and to direct the clerk of the court to served upon each new defendants a copy of summons and complaint. Which Plaintiff have provided.

Wherefore, for the above and foregoing reasons. Pray that this court to join the defendants. And order summons and complaint be served upon each new defendants.

Respectfully Submitted
Christopher Knox    B61090

200 E. Supermax. rd
Tamms, Illinois 62988

2