CERTIFICATE OF SERVICES
------

I, Christopher Knox, hereby certifies that a true and correct copy of; Motion to Join new defendants. And Motion for leave to file amended complaint. has been served upon...

07-1032

    Assistant Attorney General
    Matthew Lurkins
    500 South Second Street
    Springfield, Illinois 62706

By causing to be placed in a prepaid envelope, duly sworn upon oath and deposited. And addressed to the above named party. Placing said documents in the United States mail in Tamms, Illinois, on November 15 2007...

Respectfully submitted
Christopher Knox B61090

    200 E. Supermax, rd
    Tamms, Illinois 62988

FILED E-FILED
Monday, 19 November, 2007 02:36:08 PM
Clerk, U.S. District Court, ILCD

NOV 19 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS