UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Christopher Knox
    Plaintiff Pro Se
        -vs-

Roger E. Walker, et al
    Defendants.

CASE # No# 07-cv-1032

**FILED**
NOV 29 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Request for Status Report

Dear Clerk,

I am writing to you in regards to the above entitled cause of action. I filed an amended complaint, a motion to join new defendants, and a motion for leave to file amended complaint. And I sent (10) U.S. Marshall forms, so that the (10) new defendants could be served. I also sent the original and ___ copies of amended complaint. And the original and ___ copies of motion to join. And motion for leave to file amended complaint. I want know the status of the above mentioned documents. Your response will not be taken for granted.

Respectfully Submitted
Christopher Knox B61090
200 E. Supermax Rd
Tamms, Illinois 62988