UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

CHRISTOPHER KNOX,                )
                                 )
    Plaintiff,                   )
                                 )
vs.                              )   Case No. 07-1032
                                 )
ROGER WALKER, RICK ORR, GUY PIERCE, )
TERRY MCCANN, JAY MERCHANT, et al., )
                                 )
    Defendants.                  )

**RESPONSE TO PLAINTIFF'S MOTION TO AMEND COMPLAINT**

NOW COME, the Defendants, ROGER E. WALKER, JR., JASON GARNETT, R. SHELTON FREY, TERRY MCCANN, JAY MERCHANT, RICK ORR, and GUY PIERCE, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and hereby respond to the Plaintiff's Motion to Amend his Complaint and Add Defendants. In response the Defendants state as follows:

1. Plaintiff's original Complaint in this matter was entered by the Court on July 23, 2007.

2. The Court performed a merit review of the Plaintiff's Complaint on March 23, 2007. The Court outlined the claims made by the Plaintiff in the Order entered March 23, 2007.

3. The Defendants answered the Plaintiff's Complaint, based on the Court's Order entered March 23, 2007, on September 24, 2007.

4. The Plaintiff now attempts to add 10 new Defendants and several new counts in his proposed Amended Complaint.

5. The Court stated in its Merit Review Order that any claims not set forth in the merit review order shall not be included in the case, except on motion by a party for good cause shown, or by leave of court pursuant to FRCP 15.

6. Plaintiff's Motion for Leave of Court to File Amended Complaint does not state any good cause as to why the new defendants or claims should be added to this case.

7. Finally, it is likely the Plaintiff is attempting to do an end run around the Court's Merit Review Order by adding claims and Defendants after the Court has already outlined all of the viable claims and Defendants.

WHEREFORE, for the above listed reasons, the Defendants respectfully request this Court deny the Plaintiff's Motion to Amend his Complaint or in the alternative to perform another Merit Review of the Amended Complaint.

Respectfully submitted,

ROGER E. WALKER, JR., JASON GARNETT,
R. SHELTON FREY, TERRY MCCANN,
JAY MERCHANT, RICK ORR,
and GUY PIERCE,

   Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

   Attorney for Defendants,

By:   s/ Matthew Lurkins
   Matthew Lurkins, #6286756
   Assistant Attorney General
   500 South Second Street
   Springfield, IL  62706
   Telephone:  (217) 782-9014
   Facsimile:  (217) 524-5091
   mlurkins@atg.state.il.us

## CERTIFICATE OF SERVICE

       I hereby certify that on November 29, 2007, I electronically filed the foregoing Response to Plaintiff's Motion to Amend Complaint with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    None

and I hereby certify that on November 29, 2007, I mailed by United States Postal Service, the document to the following non-registered participants:

    Christopher Knox, #B-61090
    Tamms Correctional Center
    P.O. Box 400
    Tamms, IL 62988

                            Respectfully submitted,

                            s/ Matthew Lurkins
                            Matthew Lurkins, #6286756
                            Assistant Attorney General
                            500 South Second Street
                            Springfield, IL 62706
                            Telephone: (217) 782-9014
                            Facsimile: (217) 524-5091
                            mlurkins@atg.state.il.us