UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Christopher Knox
Plaintiff Pro Se

— vs —

Roger E Walker. et. al
Defendants

CASE # No # 07-CV-1032

FILED
DEC 11 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RESPONSE TO DEFENDANTS; RESPONSE TO PLAINTIFF MOTION TO AMEND COMPLAINT, AND TO JOIN NEW DEFENDANTS

NOW COME PLAINTIFF, CHRISTOPHER KNOX, PRO SE, HEREBY RESPOND TO THE DEFENDANTS, RESPONSE TO PLAINTIFF, MOTION TO AMEND COMPLAINT, AND TO JOIN NEW DEFENDANTS. IN RESPONSE THE PLAINTIFF, STATES AS FOLLOWS....

1). PLAINTIFF, ORIGINAL COMPLAINT IN THIS MATTER WAS ENTERED BY THE COURT ON OR ABOUT JULY 23 2007....

2). THE COURT PERFORMED A MERIT REVIEW OF THE PLAINTIFF COMPLAINT ON MARCH 23, 2007. THE COURT OUTLINED THE CLAIMS MADE BY THE PLAINTIFF IN HIS ORIGINAL FILE COMPLAINT, IN THE ORDER ENTERED MARCH 23, 2007...

3). THE DEFENDANTS ANSWERED THE PLAINTIFF COMPLAINT, BASED ON THE COURT'S ORDER ENTERED MARCH 23, 2007. ON SEPTEMBER 24 2007...

4). AS ORDER BY THE COURT'S ORDER ENTERED ON MARCH 23, 2007 IN PARAGRAPH # 4. THE COURT STATED: ANY CLAIMS NOT SET FORTH IN PARAGRAPH # 1, ABOVE SHALL NOT BE INCLUDED IN THE CASE, EXCEPT IN THE COURT'S DISCRETION ON MOTION BY A PARTY FOR GOOD CAUSE SHOWN, OR BY LEAVE OF COURT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15..

1

5). DEFENDANTS, ARGUE THAT, PLAINTIFF. AMENDED COMPLAINT AND TO ADD ADDITIONAL DEFENDANTS, AND TO MAKE ADDITIONAL COUNTS, SHOULD BE DENIED. BECAUSE PLAINTIFF, HAS FAILED TO SHOW GOOD CAUSE...

6). DEFENDANTS, FINALLY ARGUE, THAT PLAINTIFF. IS ATTEMPTING TO DO AN END RUN AROUND THE COURT'S MERIT REVIEW ORDER BY, ADDING CLAIMS AND DEFENDANTS, AFTER THE COURT HAS ALREADY OUTLINED ALL OF THE VIABLE CLAIMS AND DEFENDANTS...

7). FIRST OF ALL, PLAINTIFF. FILED A MOTION FOR LEAVE OF COURT, TO FILE AMENDED COMPLAINT. PLAINTIFF. CLEARLY STATED REASONS WHY THE COURT'S SHOULD ALLOW AMENDED COMPLAINT. IN WHICH FED. R. CIV. P. 15. REQUIRES A PARTY WHO SEEK TO AMEND, AFTER A RESPONSIVE PLEADING HAS BEEN FILE, MUST SEEK PERMISSION FROM THE COURT'S TO FILE A AMENDED PLEADINGS OR COMPLAINT. FED. R. CIV. P. 15.

8). SECOND OF ALL, PLAINTIFF. FILE ANOTHER MOTION TO JOIN THE NEW DEFENDANTS. PLAINTIFF. CLEARLY STATED. THAT HE WERE ADDING (10) ADDITIONAL NEW DEFENDANTS AND COUNTS, AGAINST DEFENDANTS FOR VIOLATION OF PLAINTIFF CONSTITUTIONAL RIGHTS..

9). FINALLY PLAINTIFF, ALSO STATED ANOTHER REASONS WHY THE (10) NEW ADDITIONAL DEFENDANTS SHOULD BE ADDED TO THE COMPLAINT. IS BECAUSE EACH NEW DEFENDANT IS RESPONSIBLE FOR DAMAGES, MADE AGAINST PLAINTIFF...

10). PLAINTIFF. ALLEGES THAT; IN THE AMENDED COMPLAINT FILED BY PLAINTIFF, WHICH INCLUDED (10) ADDITIONAL DEFENDANTS AND COUNTS, PLAINTIFF. CLEARLY SHOWED HOW EACH NEWLY NAME DEFENDANTS WERE PERSONALLY INVOLVED...

11). PLAINTIFF. ALLEGE THAT; HE HAD INTERPRETED COURT'S ORDER AS TO ANY CLAIMS, THAT WERE DISMISSED FOR FAILURE TO STATE A CLAIM SET FORTH IN PARAGRAPH #1, SHALL NOT BE INCLUDED IN THE CASE.. EVEN "IF" PLAINTIFF HAD THE WRONG INTERPRETATION, OF THE MARCH 23, 2007. MERIT REVIEW. PLAINTIFF. STILL IS IN COMPLIANCES WITH THE MARCH 23. 2007 MERIT REVIEW ORDER... BECAUSE THE PLAINTIFF, SEEKED PERMISSION, FOR LEAVE OF COURT TO FILE AMENDED COMPLAINT. AND PLAINTIFF, MOTION TO JOIN NEW DEFENDANTS. DO INCORPORATE, PLAINTIFF, MOTION TO AMEND COMPLAINT. AND DOES IN FACT SHOW A VERY GOOD CAUSE, AS TO WHY AMENDED COMPLAINT. MUSH, SHALL BE ALLOWED MY THIS COURT'S...

12). PLAINTIFF. ARGUE THAT; HIS ORIGINAL COMPLAINT WOULD HAVE BEEN AMENDED ANYWAYS AFTER DISCOVERING ALL THOSE INVOLVED. AND THE DEFENDANTS. ARE TRYING TO MAKE IT SEEMS AS IF PLAINTIFF IS BARRED FROM RAISING NEW COUNTS AND SUEING THOSE PERSONS RESPONSIBLE IN DAMAGES, AGAINST THE PLAINTIFF...

13). PLAINTIFF. ALLEGE THAT; HIS AMENDED COMPLAINT, IN NO WARM SHAPE, FASHION, OR FORM, IS SEEKING THIS COURT TO CONDUCT A ANOTHER MERIT REVIEW, TO OR TO TRY AND UNDERMIND THE COURT'S MERIT REVIEW RULING. PLAINTIFF. AMENDED COMPLAINT, IS ONLY FOR THE PURPOSE TO IDENTIFY THOSE PERSON'S RESPONSIBLE FOR VIOLATING PLAINTIFF. CLEARLY ESTABLISHED CONSTITUTIONAL RIGHTS

3

AND HOLD THOSE RESPONSIBLE FOR DAMAGES, IN VIOLATION OF PLAINTIFF RIGHTS, AND THEIR CONTINUATION OF VIOLATING PLAINTIFF CLEARLY ESTABLISHED CONSTITUTIONAL RIGHTS....

14). PLAINTIFF. ALLEGE THAT; THE COURT MERIT REVIEW, WAS FOR THE SOLE PURPOSE OF SCREENING PLAINTIFF ORIGINAL COMPLAINT. REQUIRED BY 28 U.S.C. § 1915 (A); TO IDENTIFY AND DISMISS ANY LEGALLY INSUFFICIENT CLAIM, OR THE ENTIRE ACTION IF WARRANTED. A CLAIM IS LEGALLY INSUFFICIENT IF IT "(1). IS FRIVOLOUS, MALICIOUS, OR FAILS TO STATE A CLAIM. (2). SEEKS MONETARY RELIEF FROM A DEFENDANT WHO IS IMMUNE FROM SUCH RELIEF...

15). PLAINTIFF. ALLEGE THAT; THE COURT DID EXACTLY WHAT IT WAS REQUIRED TO DO UNDER 28 U.S.C. § 1915 (A)...

16). PLAINTIFF. ALLEGE THAT; SUPREME. COURT. RULE. 224 (A)(2). STATES. DISCOVERY BEFORE SUIT, TO IDENTIFY RESPONSIBLE PERSONS AND ENTITIES. A PERSON OR ENTITY WHO WISHES TO ENGAGE IN DISCOVERY FOR THE SOLE PURPOSE OF ASCERTAINING THE IDENTITY OF ONE WHO MAY BE RESPONSIBLE IN DAMAGES. MAY FILE AN INDEPENDENT ACTION FOR SUCH DISCOVERY...

17). PLAINTIFF. ALLEGE THAT; THAT THE DEFENDANTS AFTER TURNING OVER DISCOVERY TO PLAINTIFF, WHICH WOULD'VE CLEARLY IDENTIFIED EACH NEWLY NAMED DEFENDANTS, RESPONSIBLE FOR DAMAGES, WHICH MEANS PLAINTIFF COULD SUE THEM AS WELL. BUT PLAINTIFF RECEIVED SUCH INFORMATION FROM A RELIABLE SOURCE AND DOCUMENTS SHOW THAT THE NEWLY NAMED DEFENDANTS PARTICIPATED IN THE CLAIMS ALLEGED.

4

18). Plaintiff allege that; the court's merit review. does not exclude or prevent, plaintiff from seeking to amend complaint or to add new additional defendants or to make new allegations in counts against defendants...

Wherefore. For the above and foregoing reasons, pray that this honorable court to allow plaintiff to amend his complaint and to include the newly named defendants, who are responsible for damages, made against by plaintiff in this action.. If such motion is so not granted plaintiff will suffer both physical and irreparable harm...

Respectfully submitted

Christopher Knox  B61090

200 E Supermax. Rd
Tamms, Illinois 62988

5

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CHRISTOPHER KNOX )
Plaintiff, )
)
) Case No. 07-CV-1032
V. )
)
ROGER E. WALKER, et al )
Defendant )

## PROOF/CERTIFICATE OF SERVICE

TO: Clerk of the Court
100 N.E. Monroe St.
Peoria, Illinois
61602

TO: Ass. Att. General
Matthew Lurkins
500 South Second Street
Springfield, Illinois 62706

PLEASE TAKE NOTICE that on December 7, 2007, I have placed the documents listed below in the institutional mail at TAMMS Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: RESPONSE TO DEFENDANTS; RESPONSE TO PLAINTIFF, MOTION TO AMEND COMPLAINT. 1-ORIGINAL 3 COPIES HAS BEEN SENT TO CLERK. A COPY SENT TO DEFENDANTS ATTORNEY OF RECORD, AS SHOWN ABOVE.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: December 7, 2007

/s/ Christopher Knox
NAME: Christopher Knox
IDOC#: B-61090
TAMMS Correctional Center
P.O. BOX 2000
TAMMS, IL 62988

Revised Jan 2002