E-FILED
Wednesday, 02 January, 2008 12:11:48 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CHRISTOPHER KNOX         CASE # NO # 07-CV-1032
PLAINTIFF PROSE
　　－VS－
ROGER E. WALKER et al
DEFENDANTS

**FILED**
JAN - 2 2008
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MOTION TO JOIN DEFENDANTS

NOW COME PLAINTIFF, CHRISTOPHER KNOX, PROSE, RESPECTFULLY SUBMIT THIS "MOTION TO JOIN DEFENDANTS" PURSUANT TO FED. R. CIV. P. AND STATE AS FOLLOWS ....

1). PLAINTIFF, IS AN INMATE IN THE ILLINOIS DEPARTMENT OF CORRECTIONS. IN TAMMS CORR. CENTER. WHO BRING THIS ACTION AGAINST (10) ADDITIONAL DEFENDANTS AND AGAINST ALL DEFENDANTS ...

2). PLAINTIFF, ALLEGE THAT; THE (10) ADDITIONAL NAMED DEFENDANTS, AND THE REMAINDER DEFENDANTS, HAS PERSONAL FIRST-HAND KNOWLEDGE OF THE OPERATION OF TAMMS. AND UPON INFORMATION AND BELIEF, WAS PERSONALLY INVOLVED IN FORMULATING AND APPROVING THE PSYCHOLOGICAL STANDARDS CURRENTLY USED AT TAMMS. AND FOR SELECTING INMATES FOR TRANSFER INTO AND OUT OF TAMMS CORR. CENTER.

3). PLAINTIFF, ALLEGE THAT; THE (10) ADDITIONAL NAMED DEFENDANTS, AND THE REMAINDER DEFENDANTS, ARE SUED IN BOTH THEIR INDIVIDUAL AND OFFICIAL CAPACITIES.

4). PLAINTIFF, ALLEGE THAT; DEFENDANTS, WILL NOT SUFFER ANY HARM OR PREJUDICE. IF THE (10) NAMED ADDITIONAL DEFENDANTS BE INCLUDED INTO THIS ACTION. BUT PREJUDICE WILL INURE IF IT IS NOT GRANTED TO INCLUDE (10) ADDITIONAL DEFENDANTS.

5). THIS MOTION IS MADE IN GOOD FAITH AND NOT FOR PURPOSES OF DELAYING THIS ACTIONS....

WHEREFORE, PLAINTIFF, RESPECTFULLY PRAYS THAT THIS HONORABLE COURT GRANT his " MOTION TO JOIN DEFENDANTS" INTO THIS ACTION....

RESPECTFULLY SUBMITTED
*Christopher Knol* B61090
200 E. SUPERMAX. Rd
TAMMS, ILLINOIS 62988