UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

E-FILED
Wednesday, 02 January, 2008 12:13:17 PM
Clerk, U.S. District Court, ILCD

Christopher Knox                    CASE# NO# 07-CV-1032

Plaintiff Pro Se

   -vs-

Roger E. Walker    etal

   Defendants

**FILED**

JAN - 2 2008

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## AMENDED

MOTION FOR leave OF. COURT, TO File
AMENDED COMPlaint

NOW COME Plaintiff, Christopher Knox. Prose. Respectfully
submit "This Motion For leave of court, to File Amended
Complaint". Pursuant to Fed. R. Civ. P. And state as Follows.

1). Plaintiff is an inmate in the illinois Department of
Corrections. In Tamms, Corr. Center. who bring this Amended
Complaint, pursuant to Fed. R. Civ. P. . .

2). Plaintiff, has named (10) Additional Defendants to Be
Added to this Action. which Also includes Several Additional
Counts And Allegations Alleged against all Defendants . .

3). Plaintiff, Allege that; the (10) Additional Defendants and the
Remainder of the Defendants, has Personal First-Hand Knowledge
of the operation of Tamms. And upon Information And Belief, was
Personally involved in Formulating And Approving The Psychological
standards Currently used at Tamms. And For Selecting inmates
For Transfer into And out of Tamms. .

1

4 ). PLAINTIFF, ALLEGE THAT; THE NEW COUNTS AND ALLEGATIONS
THAT IS BEING ALLEGED BY PLAINTIFF, DEALS WITH CONDITIONS
OF CONFINEMENT, AND DUE PROCESS VIOLATIONS. WHICH PLAINTIFF
IS CURRENTLY CHALLENGING. THE ONLY COUNT PLAINTIFF
CONTENDS THAT IS NEW, IS COUNT # 5. DELIBERATE INDIFF-
ERENCE.. COUNT # 6, DENIAL OF LIBERTY INTEREST, IS ALSO A
DUE PROCESS CLAIM. AS WHICH IS BEING ALLEGED IN COUNT # 2.

5 ). PLAINTIFF, ALLEGE THAT; DEFENDANTS, WILL NOT SUFFER
ANY HARM OR PREJUDICE. IF PLAINTIFF AMENDED COMPLAINT
IS ALLOWED. AND THE (10) ADDITIONAL DEFENDANT BE JOINED
INTO THIS ACTION.. BUT PREJUDICE WILL INURE IF IT
IS NOT GRANTED ....

6 ). THIS MOTION IS MADE IN GOOD FAITH AND NOT FOR PURPOSES
OF DELAYING THIS ACTION ...

WHEREFORE, PLAINTIFF, RESPECTFULLY PRAYS THAT THIS HONORABLE
COURT GRANT, HIS " MOTION FOR LEAVE OF COURT, TO FILE
AMENDED COMPLAINT, AND TO JOIN DEFENDANTS TO THIS
ACTION .... c

RESPECTFULLY SUBMITTED

Christopher Knol    B61090
200 E. SUPERMAX, RD
TAMMS,   ILLINOIS  62988

2