E-FILED
Wednesday, 02 January, 2008 12:14:46 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CHRISTOPHER KNOX          CASE # NO # 07-CV-1032

PLAINTIFF PRO SE

—VS—

ROGER E. WALKER    ET AL

DEFENDANTS

**FILED**
JAN - 2 2008
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

"MOTION FOR leave OF COURT, TO FILE AND REAMEND; his, "MOTION FOR leave OF COURT TO FILE AMENDED COMPLAINT

NOW COME PLAINTIFF. CHRISTOPHER KNOX, PRO SE, RESPECTFULLY SUBMIT THIS "MOTION FOR leave OF COURT, TO FILE AND REAMEND; his "MOTION FOR leave OF COURT, TO FILE AMENDED COMPLAINT. PURSUANT TO Fed. R. CIV. P. AND STATE AS FOLLOWS....

1). PLAINTIFF. IS AN INMATE IN THE ILLINOIS DEPARTMENT OF CORRECTIONS. IN TAMMS CORR. CENTER. WHO BRING THIS AMENDED COMPLAINT. PURSUANT TO Fed. R. CIV. P. ....

2). PLAINTIFF. HAS NAMED (10) ADDITIONAL DEFENDANTS TO BE ADDED TO THIS ACTION. WHICH ALSO INCLUDES SEVERAL ADDITIONAL COUNTS AND ALLEGATIONS ALLEGED AGAINST ALL DEFENDANTS ...

3). PLAINTIFF. ALLEGE THAT'S THE (10) ADDITIONAL DEFENDANTS AND THE REMAINDER OF THE DEFENDANTS. HAS PERSONAL FIRST-HAND KNOWLEDGE OF THE OPERATION OF TAMMS. AND UPON INFORMATION AND BELIEF WAS PERSONALLY INVOLVED IN FORMULATING AND APPROVING THE PSYCHOLOGICAL STANDARDS CURRENTLY USED AT TAMMS AND FOR SCMET

AND FOR SELECTING INMATES FOR TRANSFER INTO AND OUT OF TAMMS...

4). PLAINTIFF, ALLEGE THAT; THE NEW COUNTS AND ALLEGATIONS THAT IS BEING ALLEGED BY PLAINTIFF, DEALS WITH CONDITIONS OF CONFINEMENT AND DUE PROCESS VIOLATIONS, WHICH PLAINTIFF IS CURRENTLY CHALLENGING. THE ONLY COUNT PLAINTIFF CONTENDS THAT IS NEW, IS COUNT #5. DELIBERATE INDIFFERENCE. COUNT #6. DENIAL OF LIBERTY INTEREST, IS ALSO A DUE PROCESS CLAIM, AS WHICH IS BEING ALLEGED IN COUNT #2...

5). PLAINTIFF, ALLEGE THAT; DEFENDANTS WILL NOT SUFFER ANY HARM OR PREJUDICE, IF PLAINTIFF AMENDED COMPLAINT IS ALLOWED AND THE (10) ADDITIONAL DEFENDANTS BE JOINED INTO THIS ACTION. BUT PREJUDICE WILL INURE IF IT IS NOT GRANTED.

6). THIS MOTION IS MADE IN GOOD FAITH AND NOT FOR PURPOSES OF DELAYING THIS ACTION...

WHEREFORE, PLAINTIFF, RESPECTFULLY PRAYS THAT THIS HONORABLE COURT GRANT HIS "MOTION FOR LEAVE OF COURT, TO FILE AND REAMEND"; HIS "MOTION FOR LEAVE OF COURT, TO FILE AMENDED COMPLAINT.

RESPECTFULLY SUBMITTED

Christopher Knox  B61090
200 E. SUPERMAX, rd
TAMMS, ILLINOIS 62988

2

## CERTIFICATE OF SERVICE

I, Christopher Knox, hereby certifies that a true and correct copies of: Motion for leave of court, to file and reamend; his. "Motion for leave of court, to file amended complaint; " Motion for leave of court, to file amended complaint; " Motion to join defendands. have been served upon...

Assistant Attorney General
Matthew Lurkins
500 South Second Street
Springfield, Illinois 62706

By causing a copies thereof, in a prepaid legal envelope duly addressed to the above named party at the address as shown above. By placing same in the United States Mail, in Tamms, Illinois on 26 day of December 2007.....

Respectfully submitted
Christopher Knox   B61090
200 E. Supermax. rd
Tamms, Illinois 62988