E-FILED
Monday, 07 January, 2008 03:37:36 PM
Clerk, U.S. District Court, ILCD

1-1-08

To: Clerk of the Court

Fr: Christopher Knox B61090
200 E. Supermax. rd
Tamms, Illinois 62988

Re: Knox -vs- Walker et al  07-CV-1032
Status Report

I am writing you in regards to the above entitled cause of action.. I want a status report and update on the above cause of action. Your response will not be taken for granted... Can you please send me the revised filing instruction of this district...

**FILED**
JAN - 7 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Respectfully submitted
Christopher Knox   B61090
200 E. Supermax. rd
Tamms, Illinois 62988