TO: CLERK OF THE COURT          1-11-08

FR: Christopher Knox B61090
    200 E. SUPERMAX. Rd
    TAMMS, Illinois 62988

FILED
JAN 15 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RE: STATUS REPORT UPDATE ON FILING'S.
    KNOX - VS - WALKER   07- CV- 1032

I AM WRITING YOU, IN REGARDS TO THE ABOVE ENTITLED CAUSE OF ACTION. I WANT TO KNOW THE STATUS OF THE CASE, AND HAS A RULING BEEN MADE ON PLAINTIFF. PENDING "MOTION'S" AND COMPLAINT? YOUR RESPONSE WILL NOT BE TAKEN FOR GRANTED. ALSO THIS IS MY SECOND CORRESPONDENCE TO YOUR OFFICE, REQUESTING THIS INFORMATION. I'M NOT SURE IF YOU RESPONDED BACK WITH THAT INFORMATION. CAUSE I HAVE NOT RECEIVE IT.. AGAIN YOUR RESPONSE WILL NOT BE TAKEN FOR GRANTED ....

                    RESPECTFULLY SUBMITTED
                    Christopher Knox  B61090

                    200 E. SUPERMAX. Rd
                    TAMMS, Illinois 62988