UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Christopher Knox
  Plaintiff Pro Se
      _ vs _
Roger E. Walker    et al
  Defendants

CASE # NO # 07-CV-1032

FILED
FEB - 8 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## Motion For A Hearing On Motion's Pending Before This Court

Now come Plaintiff, Christopher Knox, Pro Se Respectfully submit this "Motion" pursuant to Fed. R. Civ. P. (16) and Supreme Court Rule (184). And state as follows....

1). Plaintiff, is an inmate incarcerated within the Illinois Department of Corrections, Tamms C/C. in Tamms, Illinois. Who filed an action against the named defendants...

2). On or about November 15 2007, Plaintiff, sought, leave to file and amend his complaint. Defendants responded to the Plaintiff "Motion for leave of court, to file amended complaint...

3). On or about December 26 2007. Plaintiff file another motion for leave of court, to file and reamend; motion for leave of court to file amended complaint...

4). Plaintiff, is requesting a hearing on those pending motion's, that are now pending before this court. The purpose for the hearing on those "Motion's" is to determine if Plaintiff, is going to be allowed to amend his complaint and to include the (10) additional defendants....

5). Plaintiff, is requesting a hearing on the motion's pursuant to a video conference to present an oral argument as to Plaintiff, amended complaint, and to include the (10) additional defendants, into this action....

1

6). Plaintiff, has filed this motion in good-faith and not for the purpose of delaying this action...

Wherefore, for the above and foregoing reasons set forth pray this "Honorable Court" will grant plaintiff, an hearing on those pending "Motion's" that are now pending before this court. Or to order an alternitive video conference. To present an oral argument as to why amended complaint, and the (10) additional defendants, shall be allowed....

Respectfully submitted

Christopher Knox  B61090
200 E. Supermax. rd
Tamms, Illinois 62988

## AFFIDAVIT OF SERVICE

I, __Christopher Knox__, state that I served a copy of the document to which this affidavit is attached upon each party, or, if represented by counsel, upon the attorney of record for said party (ies) by enclosing the same in a sealed envelope plainly addressed as is disclosed by the pleadings of record herein and by depositing each of such envelopes in the box designated for United States mail at __TAMMS__ Correctional Center, __TAMMS__ Illinois, together with the appropriate request to the prison official responsible to affix fully prepaid thereon, on this __5th__ day of __February__, 2008.

__Christopher Knox__
Signature

## VERIFICATION

I, __Christopher Knox__, the undersigned, certify and state that:

1. I am the (Petitioner/Respondent) in the above captioned legal matter.

2. I have read the foregoing application and have knowledge of its contents; and

3. Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth in the foregoing motion and this affidavit are true and correct except as to matters therein stated to be on information and belief, and as to such matters I certify that I believe the same to be true.

__Christopher Knox__
(Your signature)