E-FILED
Friday, 08 February, 2008 12:21:53 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CHRISTOPHER KNOX

PLAINTIFF PRO SE

— VS —

ROGER E. WALKER _____ et al

DEFENDANTS

CASE # NO # ___07-CV-1032___

FILED
FEB - 8 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## MOTION FOR COURT ORDER

NOW COME PLAINTIFF, CHRISTOPHER KNOX, PRO SE, RESPECTFULLY SUBMIT THIS "MOTION FOR COURT ORDER. PURSUANT TO Fed. R. Civ. P. AND STATE AS Follows . . . .

1). PLAINTIFF, IS AN INMATE INCARCERATED WITHIN THE ILLINOIS DEPARTMENT OF CORRECTIONS, IN TAMMS 9C. IN TAMMS, ILLINOIS. WHO FILE AN ACTION AGAINST THE NAMED DEFENDANTS . . .

2). PLAINTIFF, IS AT THE DISCOVERY STAGE IN THIS ACTION. ON OR ABOUT NOVEMBER 1 2007. THIS COURT ORDERED THAT ALL DISCOVERY MUST BE COMPLETED ON OR BEFORE APRIL 11 2008. AND ANY DISPOSITIVE MOTION'S MUST BE FILED ON OR BEFORE MAY 16 2008 . . . .

3). PLAINTIFF, ALLEGE THAT; THE DEFENDANTS, AND THEIR SUBORDINATES ARE DEPRIVING PLAINTIFF, OF LEGAL MATERIAL'S SUCH AS — — (A). LEGAL WRITING PAPER. (B). ACCESS TO LEGAL BOOKS THAT ARE UP TO DATE AND NOT DAMAGED. (C). ACCESS TO MY LEGAL PROPERTY. AND (D). ACCESS TO LEGAL ENVELOPE'S . .

4). PLAINTIFF, ALLEGE THAT; THIS IS PREVENTING PLAINTIFF, FROM ADEQUATELY PARTICIPATING IN, THE DISCOVERY STAGE. AND FROM ADEQUATELY ACCESS TO THE COURT'S. THWARTING PLAINTIFF LITIGATION ACTIVITIES IN REGARDS TO THIS ACTION . . .

5). THIS "MOTION" IS FILE IN GOOD-FAITH AND NOT FOR THE SOLE PURPOSE OF DELAYING THIS ACTION . . .

6). DEFENDANTS, WILL NOT SUFFER ANY PERJUDICE IF THIS MOTION IS SO GRANTED. PERJUDICE WILL INURE UPON PLAINTIFF, IF SUCH MOTION IS DENIED . . . .

7). PLAINTIFF, REQUEST AN ORDER, ORDERRING THE DEFENDANTS AND/OR THEIR SUBORDINATES TO PROVIDE THE PLAINTIFF, ACCESS TO THE MATERIAL'S IN PARAGRAPH #3. OF THIS MOTION...

WHEREFORE, FOR THE ABOVE AND FOREGOING REASONS SET FORTH, PRAY THAT THIS "HONORABLE COURT" WILL ISSUE AN ORDER, DIRECTING THE DEFENDANTS AND/OR THEIR SUBORDINATES TO PROVIDE THE PLAINTIFF ACCESS TO THE ABOVE MATERIAL'S......

RESPECTFULLY SUBMITTED

Christopher Knol          B61090

200 E. SUPERMAX. RD
TAMMS,     ILLINOIS 62988

2

# AFFIDAVIT OF SERVICE

I, __Christopher Knox__, state that I served a copy of the document to which this affidavit is attached upon each party, or, if represented by counsel, upon the attorney of record for said party (ies) by enclosing the same in a sealed envelope plainly addressed as is disclosed by the pleadings of record herein and by depositing each of such envelopes in the box designated for United States mail at __TAMMS__ Correctional Center, __TAMMS__ Illinois, together with the appropriate request to the prison official responsible to affix fully prepaid thereon, on this __5th__ day of __February__, 2008.

_Christopher Knox_
Signature

# VERIFICATION

I, __Christopher Knox__, the undersigned, certify and state that:

1. I am the (Petitioner/Respondent) in the above captioned legal matter.

2. I have read the foregoing application and have knowledge of its contents; and

3. Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth in the foregoing motion and this affidavit are true and correct except as to matters therein stated to be on information and belief, and as to such matters I certify that I believe the same to be true.

_Christopher Knox_
(Your signature)

STAMP FILE COPY
AND RETURN.

THANK YOU