E-FILED
Monday, 11 February, 2008  03:32:40 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CHRISTOPHER KNOX, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 07-1032 |
| ROGER WALKER, RICK ORR, GUY PIERCE, TERRY MCCANN, JAY MERCHANT, et al., | ) |
| Defendants. | ) |

## MOTION FOR ENLARGEMENT

　　　NOW COME the Defendants, ROGER E. WALKER, JR., JASON GARNETT, R. SHELTON FREY, TERRY MCCANN, JAY MERCHANT, RICK ORR and GUY PIERCE, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and pursuant to Federal Rule of Civil Procedure 6, hereby request a small enlargement to respond to Plaintiff's discovery requests. In support, the Defendants state as follows:

　　　1.　　Plaintiff submitted a Request for Production of documents and interrogatories directed to each Defendant on January 10, 2008.

　　　2.　　Due to the number of defendants and the number of requests, the defendants have been unable to prepare an adequate response as of this date.

　　　3.　　Defendants request a short extension to respond to the Plaintiff's discovery requests.

　　　4.　　This request is made in good faith and is not intended to unduly delay these proceedings.

WHEREFORE, for the above listed reasons, the Defendants respectfully request and enlargement of 30 days, up to and including March 12, 2008, within which to respond to the Plaintiff's discovery requests.

Respectfully submitted,

ROGER E. WALKER, JR., JASON GARNETT, R. SHELTON FREY, TERRY MCCANN, JAY MERCHANT, RICK ORR, GUY PIERCE,

Defendants,

LISA MADIGAN, Attorney General, State of Illinois,

Attorney for Defendants,

By:   s/ Matthew Lurkins
       Matthew Lurkins, #6286756
       Assistant Attorney General
       500 South Second Street
       Springfield, IL  62706
       Telephone:  (217) 782-9014
       Facsimile:  (217) 524-5091
       mlurkins@atg.state.il.us

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2008, I electronically filed the foregoing Motion for Enlargement with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

None

and I hereby certify that on February 11, 2008, I mailed by United States Postal Service, the document to the following non-registered participants:

Christopher Knox, #B-61090
Tamms Correctional Center
P.O. Box 400
Tamms, IL 62988

                                    Respectfully submitted,

                                    s/ Matthew Lurkins
Matthew Lurkins, #6286756
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 782-9014
Facsimile:  (217) 524-5091
mlurkins@atg.state.il.us