E-FILED
Tuesday, 19 February, 2008 04:27:43 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CHRISTOPHER KNOX
PLAINTIFF PROSE

—VS—

ROGER E. WALKER ETAL.
DEFENDANTS

CASE # NO # 07-CV-1032

FILED
FEB 19 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

PLAINTIFFS RESPONSE TO DEFENDANTS "MOTION FOR ENLARGMENT"

NOW COME PLAINTIFF, CHRISTOPHER KNOX, PROSE, HEREBY RESPOND TO THE DEFENDANTS "MOTION FOR ENLARGMENT". IN RESPONSE THE PLAINTIFF'S STATE AS FOLLOWS ......

1). PLAINTIFF'S, SUBMITTED A REQUEST FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES. DIRECTED TO EACH NAMED DEFENDANTS. ON JANUARY 10 2008 .....

2). THE COURT ORDER THAT ALL DISCOVERY IS TO BE COMPLETED, ON OR BEFORE APRIL 11 2008 .....

3). THE DEFENDANTS, HAS, NOT COMPLIED WITH ANY OF THE DISCOVERY REQUEST. IN FACT THE DEFENDANTS AND THEIR SUBORDINATES ARE PREVENTING PLAINTIFF, FROM PARTICIPATING IN THE DISCOVERY STAGE ....

4). THIS CAN BE DEMONSTRATED BY PLAINTIFF'S MOST RECENTLY FILED "MOTION FOR COURT ORDER" FILED ON OR ABOUT FEBRUARY 5 2008 ....

5). PLAINTIFFS, FIRST- SET OF INTERROGATORIES, CONSIS OF SEVEN INTERROGATORIES DIRECTED TO EACH NAMED SAID DEFENDANTS, WHICH ARE SEVEN DEFENDANTS ....

6). PLAINTIFF REQUEST FOR PRODUCTION OF DOCUMENTS, ONLY REQUESTED SIXTEEN (16) DOCUMENTS ITEMS. WHICH IS CURRENTLY IN THE DEFENDANTS CUSTODY, CONTROL, AND THEIR POSSESSION .....

7). ON FEBRUARY 11 2008, A DAY AFTER THE DEADLINE DATE FOR THE DEFENDANTS TO RESPOND TO PLAINTIFF, INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS. THEY FILE A LAST MINUTE "MOTION FOR ENLARGMENT OF TIME", OF UP TO (30) DAYS TO RESPOND TO PLAINTIFF'S. INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS.....

8). THE DEFENDANTS, ASK THIS COURT TO GRANT THEM A SHORT EXTENSION TO RESPOND TO PLAINTIFF'S DISCOVERY REQUEST. THE DEFENDANTS MUST HAVE A MISUNDERSTANDING AS TO A "SHORT EXTENSION". ANOTHER (30) DAYS MEANS THE SAID DEFENDANTS. WOULD HAVE HAD BEEN GIVEN (60) DAYS, WHICH IS ALMOST HALF OF THE DISCOVERY DEADLINE OF APRIL 11 2008.

9). THE DEFENDANTS, HAVE FILE THEIR "MOTION" IN BAD-FAITH AND FOR THE SOLE PURPOSE OF DELAYING THIS ACTION AND TO PREVENT PLAINTIFFS FROM PARTICIPATING IN THE DISCOVERY STAGE.....

10). PLAINTIFF'S. PERDICT'S, THAT THE DEFENDANTS, WILL USE THE SAME REASON'S AGAIN, WHEN PLAINTIFF, FILES HIS SECOND SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS.....

11). PLAINTIFF, STATES, THAT IF THE DEFENDANTS "MOTION" IS GRANTED, THAT THEY ONLY BE GRANTED (14) DAYS TO RESPOND TO THE PLAINTIFFS, DISCOVERY REQUEST. BECAUSE THEY ASK FOR A (SHORT EXTENSION OF TIME) TO RESPOND. ANOTHER (30) DAYS IS NOT SHORT; IN FACT IT IS EXCESSIVE AND OUTRAGEOUS.

WHEREFORE, FOR THE ABOVE AND FOREGOING REASONS, THE PLAINTIFFS HAS RESPECTFULLY REQUEST THIS COURT DENY THE DEFENDANTS "MOTION FOR ENLARGMENT....

RESPECTFULLY SUBMITTED

Christopher King B61090

200 E. SUPERMAX, RD

TAMMS, ILLINOIS 62988

United States District Court
Central District of Illinois

Christopher Rock
Plaintiff pro se

-vs-

Roger E. Walker, et al.
Defendants

Case # 07-cv-1032

COPY

Plaintiff's Response to Defendants' "Motion for Enlargement"

Now come Plaintiff, Christopher Rock, pro se, hereby responds to the Defendants' "Motion for Enlargement". In response the Plaintiff state as follows.....

1). Plaintiff submitted a request for production of documents and interrogatories, directed to each named defendants. on January [illegible] 2008.....

2). The Court order that all discovery is to be completed, on or before April 1, 2008.....

3). The defendants, has not complied with any of the discovery request, in fact the defendants and their attorneys has [illegible] plaintiff from [illegible] in the discovery phase....

4). This can be demonstrated by plaintiff's most recently filed "Motion for Contempt" filed on or about February 5 2008....

5). Plaintiff's first set of interrogatories, consist of seven interrogatories directed to each named [illegible] defendants, which are seven defendants....

6). Plaintiff request for production of documents, only requested sixteen (16) documents items, which is currently in the defendants custody, [illegible].....

1:07-cv-01032-HAB-JAG # 42 Page 4 of 5

7). On Feb [illegible] [illegible] after the deadline date for the defendants to respond to plaintiff's interrogatories and request for production of documents, they filed a "motion for enlargement of time" [illegible] 10 [illegible] days to respond to plaintiff's interrogatories and request for production of documents....

8). The defendants ask this court to grant them a short extension of time to respond to the plaintiff's discovery request. The defendants must have a misunderstanding as to a "short extension". Another (30) days means the defendants would have been given (60) days, which is almost half of the discovery deadline of [illegible].

9). The defendants are filing their "motion" and other [illegible] for the sole purpose of delaying this case and to prevent plaintiff from participating in the discovery stage....

10). Plaintiff believes that the defendants will use the same reason again when plaintiff files his second set of interrogatories and request for production of documents....

11). Plaintiff states that if the defendants' "motion" is granted, that they only be granted (14) days to respond to the plaintiff's discovery request, because they ask for a (short extension of time) to respond. Another (30) days is not short; in fact it is excessive and outrageous.

Wherefore, for the above and foregoing reasons, the plaintiff has respectfully request this court deny the defendants' "motion" for enlargement...

Respectfully submitted

[signature] [illegible]

[illegible]

Tamms, Illinois 62988

2

# AFFIDAVIT OF SERVICE

I, Christopher Knox, state that I served a copy of the document to which this affidavit is attached upon each party, or, if represented by counsel, upon the attorney of record for said party (ies) by enclosing the same in a sealed envelope plainly addressed as is disclosed by the pleadings of record herein and by depositing each of such envelopes in the box designated for United States mail at Tamms Correctional Center, Tamms Illinois, together with the appropriate request to the prison official responsible to affix fully prepaid thereon, on this 14th day of February, 2008

Christopher Knox
Signature

# VERIFICATION

I, Christopher Knox, the undersigned, certify and state that:

1. I am the (Petitioner/Respondent) in the above captioned legal matter.
2. I have read the foregoing application and have knowledge of its contents; and
3. Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth in the foregoing motion and this affidavit are true and correct except as to matters therein stated to be on information and belief, and as to such matters I certify that I believe the same to be true.

Christopher Knox
(Your signature)

Please stamp File copy and return back to me!
Thank you