UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Christopher Knox
Plaintiff Pro Se
— vs —
Roger E. Walker     et al
Defendants

Case # No # 07-CV-1032

FILED
APR 11 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## MOTION TO EXTEND DISCOVERY

Now come Plaintiff, Christopher Knox, Pro Se, respectfully submit this "Motion to Extend Discovery" pursuant to Fed. R. Civ. P. and state as follows....

1). On or about November 1 2007, this "Honorable Court" had enter an scheduling deadline date, that all discovery must be completed on or before April 11, 2008.....

2). On or about January 10 2008, Plaintiff filed his first set of Interrogatories and Production of Documents with the Defendants Attorney...

3). On or about March 14 2008, Plaintiff, receive a response to his first set of Interrogatories and Production of Documents, which such response was inconsistent with Plaintiff. Requests and the Defendants and their subordinates and their Attorney has failed and has refused to comply with Plaintiff requests......

4). Plaintiff, allege that; due to the Defendants and their subordinates and their Attorney — failure to cooperate with Plaintiff regarding disclosure of Discovery, has prevented Plaintiff from participating in Discovery stage....

1

5). PLAINTIFF, ALLEGE THAT; DUE TO DEFENDANTS AND THEIR SUBORDINATES AND THEIR ATTORNEY - FAILURE TO COOPERATE IN DISCOVERY. IT HAS CAUSED UNDUE DELAY'S IN PLAINTIFF, ADEQUATELY PARTICIPATING IN DISCOVERY STAGE...

6). PLAINTIFF, ALLEGE THAT; DISCOVERY IS NOT COMPLETED. AND IT IS DUE TO DEFENDANTS AND THEIR SUBORDINATES AND THEIR ATTORNEY FAILURE TO COOPERATE IN DISCOVERY DISCLOSURE.

7). PLAINTIFF, ALLEGE THAT; HE HAS NAMED SEVERAL ADDITIONAL DEFENDANTS IN HIS AMENDED COMPLAINT. WHICH HE SOUGHT LEAVE TO FILE WHICH THIS COURT HAS YET TO RULE ON...

8). PLAINTIFF, ALLEGE THAT; HE HAS TO FILE HIS INTERROGATORIES AND PRODUCTION OF DOCUMENTS, WITH THE 10 ADDITIONAL DEFENDANTS WHO HAS NOT BEEN SERVED YET...

9). PLAINTIFF, FILE THIS "MOTION" IN GOOD-FAITH AND NOT FOR THE PURPOSE OF DELAYING THIS ACTION...

10). DEFENDANTS. WILL NOT SUFFER ANY PERJUDICE IF THIS MOTION IS SO GRANTED. PERJUDICE WILL INURE UPON PLAINTIFF. IF SUCH MOTION IS DENIED...

WHEREFORE, FOR THE ABOVE AND FOREGOING REASONS PRAY THAT THIS "HONORABLE COURT" WILL GRANT THIS "MOTION TO EXTEND DISCOVERY" FOR UP TO 120 DAYS, INCLUDING THE DEADLINE DATE OF APRIL 11, 2008...

RESPECTFULLY SUBMITTED
Christopher Knop   B61090
200 E. SUPERMAX, RD
TAMMS, ILLINOIS 62988

2

IN THE
UNITED STATES DIST. COURT
CENTRAL DIST. OF ILLINOIS

Christopher Knox )
Plaintiff, )
)
)
v. ) Case No. 07-CV-1032
)
Roger E. Walker, et al. )
Defendant )

## PROOF/CERTIFICATE OF SERVICE

TO: CLERK OF THE COURT
100 N.E. MONROE STREET
PEORIA ILLINOIS
61602

TO: ASST. ATT. GENERAL
MATTHEW LURKINS
500 SOUTH SECOND ST.
SPRINGFIELD, ILL. 62706

PLEASE TAKE NOTICE that on APRIL 8, 2008, I have placed the documents listed below in the institutional mail at TAMMS Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: 1 - ORIGINAL AND 2 COPIES OF: MOTION TO EXTEND DISCOVERY, AND, MOTION TO COMPEL W/EXHIBITS ATTACHED

* PLEASE STAMP FILE COPY AND RETURN BACK TO ME *

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 4-8-08

/s/ Christopher Knox
NAME: Christopher Knox
IDOC#: B61090
TAMMS Correctional Center
P.O. BOX 2000
TAMMS, IL 62988

Revised Jan 2002