E-FILED
Friday, 16 May, 2008 04:02:57 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CHRISTOPHER KNOX, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 07-1032 |
| ROGER WALKER, RICK ORR, GUY PIERCE, TERRY MCCANN, JAY MERCHANT, et al., | ) ) ) |
| Defendants. | ) ) |

**MOTION FOR ENLARGEMENT**

NOW COME the Defendants, ROGER E. WALKER, JR., JASON GARNETT, R. SHELTON FREY, TERRY MCCANN, JAY MERCHANT, RICK ORR, and GUY PIERCE, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and pursuant to FRCP 4, hereby request an enlargement of the dispositive motion deadline. In support, the Defendants state as follows:

1. The dispositive motion deadline in this case is May 16, 2008.

2. There are currently motions regarding discovery pending before the Court.

3. Additionally, due to the number of Defendants, the undersigned is in the process of obtaining affidavits to support their dispositive motion.

4. This motion is not made for purposes of undue delay, but is made in good faith for the purpose of preparing an adequate defense.

5. An enlargement of 21 days, to and including June 6, 2008, in which to file defendants' dispositive motion will not prejudice the Plaintiff.

WHEREFORE, for the above and foregoing reasons, defendants respectfully request this Honorable Court grant their Motion for Enlargement, to and including June 6, 2008, within in which to file their dispositive motion.

Respectfully submitted,

ROGER E. WALKER, JR., JASON GARNETT, R. SHELTON FREY, TERRY MCCANN, JAY MERCHANT, RICK ORR, and GUY PIERCE,

    Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

    Attorney for Defendants,


By:    s/ Matthew Lurkins
    Matthew Lurkins, #6286756
    Assistant Attorney General
    500 South Second Street
    Springfield, IL  62706
    Telephone:  (217) 782-9014
    Facsimile:  (217) 524-5091
    mlurkins@atg.state.il.us

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 16, 2008, I electronically filed the foregoing Motion for Enlargement with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    None

and I hereby certify that on May 16, 2008, I mailed by United States Postal Service, the document to the following non-registered participants:

    Christopher Knox, #B-61090
    Tamms Correctional Center
    P.O. Box 400
    Tamms, IL 62988

                                Respectfully submitted,

                                s/ Matthew Lurkins
                                Matthew Lurkins, #6286756
                                Assistant Attorney General
                                500 South Second Street
                                Springfield, IL  62706
                                Telephone:  (217) 782-9014
                                Facsimile:  (217) 524-5091
                                mlurkins@atg.state.il.us