UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CHRISTOPHER KNOX
PLAINTIFF PRO SE

— VS —

ROGER E. WALKER ET AL
DEFENDANTS

CASE # NO # 07-CV-1032

FILED
MAY 30 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## MOTION TO STRIKE

NOW COME PLAINTIFF, CHRISTOPHER KNOX, PRO SE, AND RESPECTFULLY SUBMIT THIS "MOTION TO STRIKE" PURSUANT TO Fed. R. CIV. P. AND STATE AS FOLLOWS....

1). ON MAY 16 2008, DEFENDANTS, FILE A "MOTION FOR ENLARGEMENT" TO OBTAIN AFFIDAVITS FROM THE DEFENDANTS, IN ORDER TO FILE A DISPOSITIVE MOTION....

2). THERE ARE CURRENTLY SEVERAL MOTIONS PENDING BEFORE THIS COURT, ONE OF THEM IS A "MOTION TO COMPEL"....

3). DEFENDANTS, HAS NOT COMPLIED WITH THE DISCOVERY WHICH PREVENTED PLAINTIFF FROM PARTICIPATING IN THE DISCOVERY, AND FOR FILING ANY DISPOSITIVE MOTION...

4). DUE TO DEFENDANTS. FAILURE TO RESPOND TO REQUEST FOR PRODUCTION OF DOCUMENTS OR INTERROGATORIES, IT HAS PREVENTED PLAINTIFF, FROM FILING HIS —— DISPOSITIVE MOTION BY THE DEADLINE DATE, AND GIVES THE DEFENDANTS THE ADVANTAGE OVER THE PLAINTIFF, TO ADEQUATELY RESPOND TO DEFENDANTS DISPOSITIVE MOTION, AND PREPARE A ADEQUATE DEFENSE.

5). Defendants, filed their "Motion For Enlargement" in Bad-Faith, for the sole purposes to cause undue delay's and not to prepare an adequate defense..

6). Plaintiff, allege that; due to defendants failure to respond to discovery, it prevented plaintiff, from filing any dispositive motion. And gives the defendants the advantage over plaintiff, and prevents plaintiff, from also preparing an adequately defense....

7). Plaintiff, allege that; for the reasons stated above. Plaintiff, has been prejudice and will be subjected to more prejudice, if defendants is allowed additional time, and to file any dispositive motion........

8). This motion is not made for the purposes of undue delays, but is made in Good-Faith for the purposes of preparing an adequate defense... and defendants, will not be prejudice, if this "Motion to Strike" is so granted....

Wherefore, for the above and foregoing reasons, the plaintiff, respectfully request this Honorable Court, grant his "Motion to Strike" in favor of plaintiff, and against defendants....

Respectfully submitted
Christopher Knox    B61090
200 E. Supermax, rd
Tamms, Illinois 62988

2

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CHRISTOPHER KNOX                    )
Plaintiff/Petitioner                 )
                                     )
            Vs.                      )     No. 07-cv-1032
                                     )
ROGER E. WALKER ET AL                )
Defendant/Respondent                 )

PROOF/CERTIFICATE OF SERVICE

TO: CLERK OF THE COURT          TO: ASS. ATT. GENERAL
    100 N.E. MONROE ST.             MATTHEW LURKINS
    PEORIA, ILLINOIS                500 SOUTH SECOND ST.
    61602                           SPRINGFIELD, ILLINOIS 62706

PLEASE TAKE NOTICE that on MAY 16, 2008, I placed the documents listed below in the institutional mail at TAMMS Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service : 1- ORIGINAL AND 2 COPIES OF MOTION TO STRIKE. HAS BEEN SERVED UPON THE ABOVE PARTIES.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge and belief.

DATED: 5-26-08

/s/ Christopher Knox
Name: CHRISTOPHER KNOX
IDOC No. B61090
TAMMS Correctional Ctr.
POB 2000
TAMMS, ILL. 62988