E-FILED
Tuesday, 17 June, 2008  08:37:57 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CHRISTOPHER KNOX                    CASE # No # 07-CV-1032
PLAINTIFF PRO SE
    _VS_

ROGER WALKER        Et. AL.
    DEFENDANTS

FILED
JUN 16 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## MOTION FOR SUBSTITUTION OF JUDGE

NOW COME PLAINTIFF, CHRISTOPHER KNOX, PRO SE, SUBMIT THIS "MOTION FOR SUBSTITUTION OF JUDGE" PURSUANT TO FED. R. CIV. P. AND STATE AS FOLLOWS . . . .

1). PLAINTIFF, HAS FILED SEVERAL MOTION'S AND AN AMENDED COMPLAINT. WITH THIS COURT WHICH HAS BEEN PENDING NOW FOR SEVERAL MONTHS WITH- OUT ANY RULING'S . . . .

2). PLAINTIFF, ALLEGE THAT; THE HONORABLE JUDGE HAROLD A. BAKER, IS ALLOWING THE DEFENDANTS TO CONTINUIOUSLY VIOLATE PLAINTIFF RIGHTS . .

3). PLAINTIFF, ALLEGE THAT; DUE TO THE HONORABLE JUDGE, HAROLD A. BAKER, FAILURE TO RULE ON PLAINTIFF, PENDING MOTION'S AND AMENDED COMPLAINT, IT HAS PREVENTED PLAINTIFF FROM PARTICIPATING IN DISCOVERY AND FROM BEING ABLE TO ADEQUATELY AND PROPERLY PREPARE A _____ DEFENSE AGAINST THE NOW PENDING. MOTION FOR SUMMARY JUDGMENT. FILED BY DEFENDANTS . . .

1

4). Plaintiff, allege that; Due to the Honorable Judge, Harold A. Baker, Failure to intervene on Defendants continuation to violate the Plaintiff Constitutional rights. It is preventing Plaintiff, from litigating this action in court. . . . . .

5). Plaintiff, allege that; Based on the Honorable Judge, Harold A. Baker, action of not making a ruling on Plaintiff motion's and amended complaint, it has caused substantial harm and prejudice to his ability to litigate this action. . . . . .

6). Plaintiff, allege that; if this case stay's before the Honorable Judge, Harold A. Baker, he will continue to allow Defendants to violate Plaintiff rights. In order to impede on the Plaintiff ability to litigate this action, or to prepare an adequate defense. . . .

7). This motion is filed in Good-Faith and not for the purposes of causing undue delay. . . .

Wherefore, for the above and foregoing reasons set forth, request that this case be assigned to an substitution Judge, for the remainder of this action, and that Plaintiff, not be retaliated against based on this motion for substitution of Judge. . . .

Respectfully submitted
Christopher Knox    B61090
200 E. Supermax. Rd
Tamms, Illinois 62988

2