UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CHRISTOPHER KNOX
PLAINTIFF PRO SE

— VS —

ROGER WALKER Et. AL,
DEFENDANTS

CASE # No # 07-CV-1032

FILED
JUN 1 6 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## MOTION FOR STATUS REPORT

NOW COMES PLAINTIFF, CHRISTOPHER KNOX. PRO SE, AND SUBMIT THIS "MOTION FOR STATUS REPORT" PURSUANT TO Fed. R. Civ. P. AND STATES AS FOLLOWS....

1). PLAINTIFF, HAS MADE SEVERAL REQUEST'S TO THE CLERK OF THIS COURT. FOR A STATUS REPORT, AS TO A CIVIL DOCKET SHEET...

2). THE CLERK OF THIS COURT HAS REFUSED AND HAS FAILED TO PROVIDE PLAINTIFF WITH A DOCKET SHEET, TO SEE WHAT ALL HAVE BEEN FILED...

3). PLAINTIFF, ALLEGE THAT; THE CLERK OF THIS COURT IS NOT PROVIDING PLAINTIFF, WITH A CIVIL DOCKET SHEET. WHICH IS REQUIRED TO DO AFTER A PROPER REQUEST HAS BEEN MADE...

1

4). Plaintiff. Filed this motion in good-faith and not for the purposes of causing undue delay.....

Wherefore, for the above and foregoing reasons set forth request a civil docket record sheet and that the clerk of this court provide the plaintiff. with a copy of the clerk civil docket record sheet for this action only...

Respectfully submitted
Christopher Knox   B61090
200 E. Supermax. rd
Tamms, Illinois 62988

2