E-FILED
Tuesday, 17 June, 2008 10:30:06 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CHRISTOPHER KNOX                    CASE # NO # 07-CV-1032
PLAINTIFF PRO SE

— VS —

**FILED**

ROGER WALKER   Et. al,
DEFENDANTS

JUN 1 6 2008

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## MOTION FOR A RULING ON PENDING MOTION'S AND AMENDED COMPLAINT

NOW COMES PLAINTIFF, CHRISTOPHER KNOX, PRO SE, AND SUBMIT THIS "MOTION FOR A RULING ON PENDING MOTION'S AND AMENDED COMPLAINT. PURSUANT TO FED. R. CIV. P.. AND STATE AS FOLLOWS . . . . .

1). PLAINTIFF, HAS FILED SEVERAL MOTION'S AND AN AMENDED COMPLAINT. WITH THIS COURT, WHICH All HAS BEEN PENDING NOW FOR SEVERAL MONTHS . .

2). PLAINTIFF, ALLEGE THAT; EACH DAY THAT THOSE MOTION'S AND AMENDED COMPLAINT, STAYS UNRULED ON, IT Allows DEFENDANTS TO CONTINUE TO VIOLATE PLAINTIFF RIGHTS, AND PREVENTS his ABILITY TO LITIGATE THIS CASE AND PREPARE AN ADEQUATE DEFENSE IN THIS ACTION . . . .

3). PLAINTIFF, ALLEGE THAT; THIS COURT HAS YET TO RULE ON ANY OF PLAINTIFF. MOTION'S AND AMENDED COMPLAINT. WHICH HAS CAUSED SUBSTANTIAL HARM AND PREJUDICE TO his ABILITY TO LITIGATE OR PREPARE A ADEQUATE DEFENSE IN THIS ACTION . . .

1

4). Plaintiff Filed this Motion in Good-Faith
AND NOT For the Purposes of Causing undue Delay..

Wherefore, For the Above AND ForeGoing reasons set
Request that this Honorable Court Grant this Motion
AND MAKE A Ruling on All Pending Motion's AND The
Amended Complaint.....

Respectfully submitted
Christopher Knol  B61090

200 E. Supermax, rd
TAMMS, Illinois 62988

2