FILED  E-FILED
Tuesday, 17 June, 2008 10:32:46 AM
Clerk, U.S. District Court, ILCD

JUN 1 6 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE
UNITED STATE DIST. COURT
CENTRAL DIST. OF ILLINOIS

CHRISTOPHER KNOX
Plaintiff,

v.

ROGER E. WALKER, ET. AL
Defendant

Case No. 07-CV-1032

## PROOF/CERTIFICATE OF SERVICE

TO: Clerk of the Court
100 N.E. Monroe St.
Peoria, Illinois
61602

TO: Ass. Att. General
Matthew Lurkins
500 South Second Street
Springfield, Ill. 62706

PLEASE TAKE NOTICE that on JUNE 13, 2008, I have placed the documents listed below in the institutional mail at TAMMS Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: 1- ORIGINAL'S AND 2 COPIES OF: (1). ~~[redacted]~~ (2). MOTION FOR RULING ON MOTIONS. (3). MOTION FOR SUBSTITUTION OF JUDGE. (4). MOTION FOR STATUS REPORT.. COPIES SERVED UPON COUNSEL OF RECORD. ★ PLEASE STAMP FILE COPIES AND RETURN ★

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 6-13-08

/s/ Christopher Knox
NAME: CHRISTOPHER KNOX
IDOC#: B61090
TAMMS Correctional Center
P.O. BOX 2000
TAMMS, IL 62988

Revised Jan 2002