E-FILED
Monday, 30 June, 2008 11:33:55 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Christopher Knox
Plaintiff Pro Se

— vs —

Roger E. Walker et. al.,
Defendants

CASE # No # 07-CV-1032

FILED
JUN 30 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## MOTION FOR EXTENSION OF TIME

Now comes Plaintiff, Christopher Knox, Pro Se, hereby request for an extension of time, pursuant to Fed. R. Civ. P. and state as follows....

1). On or about June 6, 2008, Defendants filed a Motion For Summary Judgment....

2). Plaintiff, was order to respond to the Motion For Summary Judgment, within (21) days of it's filing....

3). Plaintiff, was order to submit (24) copies of an original complaint, in case entitled Knox — vs — Kajtsa, 07-CV-4855, in which the Plaintiff have to handwrite all copies by hand....

4). Plaintiff, will not be able to respond to Defendants, Motion For Summary Judgment, by it's due date....

1

5). Plaintiff is also in the process in trying to retain discovery from defendants. in order to properly and adequately prepare a defense against defendants, motion for summary judgment. which plaintiff. needs in order to refute the defendants, motion for summary judgment....

6). This motion is not made for purposes of undue delay. but is made in good faith for the purposes of preparing an adequate defense...

7). An extension of time, of (30) days, to and including June 27, 2008, in which to file a response to defendants. motion for summary judgment. defendants, will not be prejudice by the granting of this motion....

Wherefore, for the above and foregoing reasons, the plaintiff, respectfully request this Honorable Court grant his motion for extension of time, to and including June 27, 2008, and to July 28, 2008, to file his response to defendants, motion....

Respectfully submitted
Christopher Knop B61090
200 E. Supermax. Rd
Tamms, Illinois 62988

2

IN THE
UNITED STATES DIST COURT
CENTRAL DIST. OF ILLINOIS

CHRISTOPHER KNOX )
Plaintiff, )
 )
 ) Case No. 07-cv-1032
v. )
 )
ROGER E. WALKER ET AL )
Defendant )

## PROOF/CERTIFICATE OF SERVICE

TO: CLERK OF THE COURT
100 N.E. MONROE St.
PEORIA, ILLINOIS
61602

TO: ASS. ATT. GENERAL
MATTHEW LURKINS
500 SOUTH SECOND STREET
SPRINGFIELD, IL. 62706

PLEASE TAKE NOTICE that on JUNE 23, 2008, I have placed the documents listed below in the institutional mail at TAMMS Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: 1-ORIGINAL AND 2 COPIES OF 8 MOTION FOR EXTENSION OF TIME. COPY SERVED UPON COUNSEL.

✱ PLEASE STAMP FILE COPY AND RETURN BACK ✱

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 6-23-08

/s/ Christopher Knox
NAME: CHRISTOPHER KNOX
IDOC#: B61090
TAMMS Correctional Center
P.O. BOX 2000
TAMMS, IL 62988

Revised Jan 2002