E-FILED
Wednesday, 02 July, 2008   11:10:38 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CHRISTOPHER KNOX, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 07-1032 |
| ROGER WALKER, RICK ORR, GUY PIERCE, TERRY MCCANN, JAY MERCHANT, et al., | ) |
| Defendants. | ) |

## MOTION TO SUBSTITUTE COUNSEL

NOW COME Defendants, ROGER E. WALKER, JR., JASON GARNETT, R. SHELTON FREY, TERRY MCCANN, JAY MERCHANT, RICK ORR, and GUY PIERCE, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and for their Motion to Substitute Counsel, state as follows:

1. Assistant Attorney General Matthew Lurkins is no longer employed with the Office of the Attorney General.

2. Assistant Attorney General Christopher L. Higgerson is now assigned to represent the defendants in this matter.

3. It is requested that Assistant Attorney General Matthew Lurkins be removed as counsel for defendants.

Wherefore, for the above and foregoing reasons, defendants respectfully request this Court allow the substitution of Assistant Attorney General Christopher L. Higgerson for Assistant Attorney General Matthew Lurkins and that Assistant Attorney General Matthew Lurkins be removed as counsel for defendants in this matter.

Respectfully submitted,

ROGER E. WALKER, JR., JASON GARNETT,
R. SHELTON FREY, TERRY MCCANN,
JAY MERCHANT, RICK ORR, and GUY PIERCE,

  Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

By:  s/Christopher L. Higgerson
     Christopher L. Higgerson, #6256085
     Assistant Attorney General
     Attorney for Defendants
     500 South Second Street
     Springfield, IL  62706
     Telephone:  (217) 557-0261
     Facsimile:  (217) 524-5091
     chiggerson@atg.state.il.us

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CHRISTOPHER KNOX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07-1032 |
| ) | |
| ROGER WALKER, RICK ORR, GUY PIERCE, ) | |
| TERRY MCCANN, JAY MERCHANT, et al., ) | |
| ) | |
| Defendants. ) | |

_____

### Certificate of Service

I hereby certify that on July 2, 2008, I electronically filed a Motion to Substitute Counsel with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

and I hereby certify that on July 2, 2008, I mailed by United States Postal Service, the document to the following non-registered participant:

Christopher Knox. #B-61090
Tamms Correctional Center
200 East Supermax Road
PO Box 2000
Tamms, IL 62988

Respectfully submitted,

By:  s/Christopher L. Higgerson
Christopher L. Higgerson, #6256085
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 557-0261
Facsimile:  (217) 524-5091
chiggerson@atg.state.il.us