# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

CHRISTOPHER KNOX  
PLAINTIFF PRO SE  
— VS —  
ROGER E. WALKER, ET AL  
DEFENDANTS

CASE # NO # 07-CV-1032

**FILED**
JUL - 7 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## MOTION FOR A MENTAL EXAMINATION

NOW COME PLAINTIFF, CHRISTOPHER KNOX, PRO SE, RESPECTFULLY SUBMIT THIS "MOTION FOR A MENTAL EXAMINATION" PURSUANT TO FED. R. CIV. P. (35)(A), AND STATE AS FOLLOWS . . . . . . .

1). PLAINTIFF IS AN INMATE CURRENTLY CONFINED IN TAMMS C/C, IN THE ILLINOIS DEPARTMENT OF CORRECTIONS . . .

2). THERE IS AN ACTUAL CONTROVERSY BETWEEN THE PARTIES AS TO WHETHER OR NOT TAMMS C/C PSYCHOLOGICAL DAMAGES ON INMATES HOUSED THERE AND WHETHER OR NOT THE CONDITIONS THERE EXACERBATE MENTAL ILLNESSES . . .

3). PLAINTIFF IS AN INMATE AT TAMMS C/C, WHO SUFFERS FROM A SERIOUS MENTAL ILLNESS, AND SINCE HIS PLACEMENT AT TAMMS THE CONDITIONS THERE HAS CAUSED HIS ILLNESSES TO WORSEN.

4). PLAINTIFF ALLEGE THAT, DEFENDANTS AND THEIR SUBORDINATES ARE FAILING AND HAS REFUSED TO ORDER A MENTAL EXAMINATION BY A LICENSE OR CERTIFIED EXAMINER BY SOMEONE WHO'S NOT EMPLOYED BY THE DEPARTMENT . . .

1

5). Plaintiff alleges that, this mental examination will show that Plaintiff is mentally ill, which will require that the defendants transfer Plaintiff out of Tamms, to a more appropriate setting, due to the conditions at Tamms C/C do causes and does exacerbate mental illnesses...

6). Plaintiff request an order from this court ordering that Plaintiff be mentally examine by a licensed or certified examiner, to determine if whether or not Tamms C/C has caused or exacerbated Plaintiff mental illnesses.....

7). Plaintiff request an order from this court ordering the defendants to have Plaintiff mentally examine by a licensed or certified examiner, by someone who's not employed by the Illinois Department of Corrections...

8). Plaintiff request that this court make the determinate as to the place, time, where such examination should be conducted or by agreement of all other parties...

Wherefore, for the above and foregoing, respectfully prays that this Honorable Court, order that Plaintiff be mentally examine by a licensed or certified examiner, to determine if Plaintiff is mentally ill or Tamms has exacerbate his mental illnesses.

Respectfully submitting

Christopher Knox  B61090
200 S. Supermax Rd
Tamms, Illinois 62988   (2)

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CHRISTOPHER KNOX )
Plaintiff/Petitioner )
)
Vs. )  No. 07-CV-1032
)
ROGE E. WALKER, Et-Al )
Defendant/Respondent )

PROOF/CERTIFICATE OF SERVICE

TO: CLERK OF THE COURT          TO: ASS. ATT. GENERAL
100 N.E. MONROE ST.                 MATTHEW LURKINS
PEORIA, ILLINOIS                    500 SOUTH SECOND STREET
61602                               SPRINGFIELD, IL 62706

PLEASE TAKE NOTICE that on JULY 1, 2008, I placed the documents listed below in the institutional mail at TAMMS Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service 1- ORIGINAL AND 2 COPIES OF: MOTION FOR MENTAL EXAMINATION MOTION TO STRIKE, w/EXHIBITS. COPY SERVED UPON COUNSEL

* PLEASE STAMP FILE MY COPY AND RETURN *

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge and belief.

DATED: 7-1-08

/s/ Christopher Knox
Name: CHRISTOPHER KNOX
IDOC No. B61090
TAMMS Correctional Ctr.
POB 2000
TAMM, IL 62988