TO: Clerk of the Court

FR: Christopher Knox B61090
8500 Supermax. rd
Tamms, Illinois 62988

RE: Notice of Change of Address

This is to inform this Court that Plaintiff can't no longer be located at the address of, 200 E. Supermax. rd Tamms, Illinois, 62988. Plaintiff, current address is shown above and below...

Respectfully submitted
Christopher Knox   B61090
8500 Supermax. rd
Tamms, Illinois 62988

01-1316
01-1467
03-1074
03-1327
03-1377
05-1017
07-1032
08-1081

E-FILED
Monday, 14 July, 2008 04:34:00 PM
Clerk, U.S. District Court, ILCD

FILED
JUL 14 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS