UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CHRISTOPHER KNOX, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 07-1032 |
| ROGER WALKER, RICK ORR, GUY PIERCE, TERRY MCCANN, JAY MERCHANT, et al., | ) |
| Defendants. | ) |

### RESPONSE TO PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' SUMMARY JUDGMENT MOTION

NOW COME Defendants, ROGER E. WALKER, JR., JASON GARNETT, R. SHELTON FREY, TERRY MCCANN, JAY MERCHANT, RICK ORR, and GUY PIERCE, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and for their response to plaintiff's Motion to Strike Defendants' Summary Judgment Motion, state as follows:

1. On July 7, 2008, plaintiff filed a motion to strike the defendants' motion for summary judgment. [doc. 58]  The basis for that motion was that plaintiff has pending motions, including several aimed at resolving discovery issues.  Plaintiff asserts he is unable to respond to the motion for summary judgment because of the unresolved matters.

2. Plaintiff's argument does not justify striking the motion for summary judgment.  At best, plaintiff has justified staying the motion for summary judgment until the other matters are resolved and plaintiff is able to file a response.  Plaintiff has not cited any flaw in the motion itself.

3.  The defendants do not object to plaintiff's response to the motion for summary judgment being stayed until the other matters are resolved and plaintiff is able to respond.

Wherefore, for the above and foregoing reasons, defendants respectfully request this Court deny plaintiff's Motion to Strike Defendants' Summary Judgment Motion.

>Respectfully submitted,
>
>ROGER E. WALKER, JR., JASON GARNETT,
>R. SHELTON FREY, TERRY MCCANN,
>JAY MERCHANT, RICK ORR, and GUY PIERCE,
>
>   Defendants,
>
>LISA MADIGAN, Attorney General,
>State of Illinois,
>
>By:  s/Christopher L. Higgerson
>    Christopher L. Higgerson, #6256085
>    Assistant Attorney General
>    Attorney for Defendants
>    500 South Second Street
>    Springfield, IL  62706
>    Telephone:  (217) 557-0261
>    Facsimile:  (217) 524-5091
>    chiggerson@atg.state.il.us

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CHRISTOPHER KNOX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07-1032 |
| ) | |
| ROGER WALKER, RICK ORR, GUY PIERCE, ) | |
| TERRY MCCANN, JAY MERCHANT, et al., ) | |
| ) | |
| Defendants. ) | |

### Certificate of Service

I hereby certify that on July 18, 2008, I electronically filed a Response to Plaintiff's Motion to Strike Defendants' Summary Judgment Motion with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

and I hereby certify that on July 18, 2008, I mailed by United States Postal Service, the document to the following non-registered participant:

Christopher Knox. #B-61090
Tamms Correctional Center
200 East Supermax Road
PO Box 2000
Tamms, IL 62988

Respectfully submitted,

By:  s/Christopher L. Higgerson
Christopher L. Higgerson, #6256085
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 557-0261
Facsimile:  (217) 524-5091
chiggerson@atg.state.il.us